## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **CHAPTER 11** |
| | § | |
| **HEXION, INC.,** | § | |
| | § | **CASE No. 19-10687 (KG)** |
| Debtors. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for Kinder Morgan Liquid Terminals, LLC, a creditor and party in interest in the above referenced case, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9010(b). All such notices should be addressed as follows:

> Patricia Williams Prewitt
> Law Office of Patricia Williams Prewitt
> 10953 Vista Lake Ct.
> Navasota, Texas 77868
> Telephone: (936) 825-8705
> Email: pwp@pattiprewittlaw.com

Respectfully submitted this 1st day of April, 2019

/s/ Patricia Williams Prewitt

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, Texas  77868
Telephone:  (936) 825-8705
Facsimile:  (713) 583-2833
*Attorney for Kinder Morgan Liquid Terminals, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice on this the 1st day of April, 2019.

/s/ Patricia Williams Prewitt