IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                          CASE NO. 19-10687

HEXION INC

    DEBTOR                                                                  CHAPTER 11

### NOTICE OF APPEARANCE
### AND
### REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for McCulloch County Appraisal District, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: April 1, 2019

                                                             Respectfully submitted,

                                                             MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                             Attorneys for Claimant, McCulloch County Appraisal District

                                                             */s/Tara LeDay*
                                                             Tara LeDay
                                                             State Bar Number 24106701
                                                             P.O. Box 1269
                                                             Round Rock, Texas 78680
                                                             Telephone: (512) 323-3200
                                                             Fax: (512) 323-3205
                                                             Email: tleday@mvbalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Michael Joseph Merchant, Richards Layton & Finger, P.A., One Rodney Square 920 North King Street, Wilmington, Delaware 19801, and to those parties listed on the Court's Notice of Electronic Filing on April 1, 2019, by Electronic Notification.

                                                             */s/Tara LeDay*
                                                             Tara LeDay