**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELEWARE**
**DELEWARE DIVISION**

IN RE:                                                                          CASE NO.    19-10687-KG

    HEXION, INC.                                                    CHAPTER 11

       Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., hereby files its Notice of Appearance in the above-captioned case. The undersigned attorney for FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this ___10th___ day of April, 2019.

                /s/ JAMES E. SORENSON
                JAMES E. SORENSON (FL Bar #0086525) of
                Sorenson Van Leuven, PLLC.
                Post Office Box 3637
                Tallahassee, Florida 32315-3637
                Telephone (850) 388-0500
                Facsimile (850) 391-6800
                bk@svllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Michael Joseph Merchant, Esquire, 920 North King Street, Wilmington, DE 19801, Attorney for Debtor, Hexion, Inc., 180 East Broad Street, Columbus, OH 43215, Debtor, and U.S. Trustee, 844 King Street, Ste. 2207, Lockbox 35, Wilmington, DE 19801, by electronic means or U.S. Mail on this ___10th___ day of April, 2019.

                __/s/    JAMES E. SORENSON__
                Attorney