# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED
2019 APR 26  AM 8:59

|  |  |
|---|---|
| In re: | Case No. 19-10687 |
| HEXION INC. | Chapter 11 |
| Debtor. |  |

## REQUEST FOR NOTICE

Union Pacific Railroad Company, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in this case and all papers served in this case be directed to the following:

Tonya W. Conley
Lila L. Howe
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402) 544-3015
or via email to bankruptcynotices@up.com

The foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtor or the property of the above-captioned Debtor.

Dated:  April 18, 2019.

UNION PACIFIC RAILROAD COMPANY

By: _____
Lila L. Howe, Paralegal
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402) 544-1184

## **CERTIFICATE OF SERVICE**

FILED

2019 APR 26  AM 8: 59

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I hereby certify that on the 18th day of April, 2019, I placed a true and correct copy of the foregoing, postage prepaid thereon, in the U.S. Mail properly addressed to each of the following:

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Debtor's Attorney
Michael Merchant
Richards, Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19801

_____
Lila L. Howe, Paralegal