# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Re: D.I. 528** |

## NOTICE OF FILING OF AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR HEXION INC. (CASE NO. 19-10687)

PLEASE TAKE NOTICE that, on June 7, 2019, Hexion Inc. ("**Hexion**"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases, filed its Statement of Financial Affairs [D.I. 528] (the "**SOFA**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Hexion is hereby filing an amendment to the SOFA (the "**SOFA Amendment**") which includes certain additional information under Part 2 - Question 4 and Part 13 - Questions 26(d) and 30 of the SOFA.

PLEASE TAKE FURTHER NOTICE that a copy of the SOFA Amendment is attached hereto as Exhibit A. The SOFA Amendment is in addition to, and does not replace, the previously filed SOFA. The SOFA Amendment is hereby incorporated into, and comprises an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

integral part of, the SOFA.  Hexion reserves its right to further amend the SOFA, from time to time as may be necessary or appropriate.

[*Remainder of the page intentionally left blank.*]

Dated:  June 13, 2019
        Wilmington, Delaware

/s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    302-651-7700
Fax:          302-651-7701
Email:        collins@rlf.com
            merchant@rlf.com
            steele@rlf.com
            schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:        george.davis@lw.com
            andrew.parlen@lw.com
            hugh.murtagh@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:        caroline.reckler@lw.com
            jason.gott@lw.com

*Attorneys for the Debtors and Debtors in Possession*

## **EXHIBIT A**

**Hexion Inc.**                                                                                                       **Case Number:**          **19-10687**

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.1 | APOLLO MANAGEMENT V, LP<br>GENERAL PARTNER<br>1 MANHATTANVILLE ROAD<br>SUITE 201<br>PURCHASE, NY 10577 | 12/7/2018 | $3,000,000 | Management Fee |
| | **TOTAL APOLLO MANAGEMENT V, LP** | | **$3,000,000** | |

| Hexion Inc. | Case Number: | 19-10687 |
|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**26. Books, records, and financial statements**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and Address**

26d.1  Hexion Inc. is a publicly traded company and, as such, files audited and unaudited consolidated financial statements with the Securities and Exchange Commission. The most recent of these filings were for the year ending 12/31/2018 and the quarter ending 03/31/2019.
.

26d.2  JPMORGAN CHASE BANK, N.A.
500 STATON CHRISTIANA RD, 3/OPS2
NEWARK, DE 19713

26d.3  U.S. BANK GLOBAL CORPORATE TRUST
60 LIVINGSTON AVE.
ST. PAUL, MN 55107

26d.4  WILMINGTON SAVINGS FUND SOCIETY, FSB
500 DELAWARE AVENUE
ATTN: PATRICK HEALY
WILMINGTON, DE 19801

| Hexion Inc. | Case Number: | 19-10687 |
|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**30. Payments, Distributions, or Withdrawals Credited or Given to Insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.1   REFERENCE SOFA PART 2 QUESTION 4 | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Hexion Inc.</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: <u>19-10687</u>

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*___
- ☐ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  <u>Amended SOFA</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>06/13/2019</u>          X   <u>/s/ George F. Knight, III</u>
              MM/DD/YYYY                    Signature of individual on behalf of debtor

                                            <u>George F. Knight, III</u>
                                            Printed name

                                            <u>Executive Vice President and Chief Financial Officer</u>
                                            Position or relationship to debtor