# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Hexion Inc      Case No. 19-10687

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Advanced Machine Reliability Resources, Inc<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A<br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | Court Claim # (if known): 7<br>Amount of Claim:  USD$16,473.00<br>Date Claim Filed: 04/08/2019<br><br>Phone: (360) 833-2357<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>Advanced Machine Reliability Resources, Inc<br>301 Mallory Station Rd, Ste 100<br>Franklin, TN 37067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                    Date: June 21st, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
        District of Delaware
        Attention: Clerk


AND TO:  Hexion Inc. (Debtor)
            Case No. 19-10687
            (Jointly Administered Under Hexion Holdings LLC, et al., Case No. 19-10684)


Claim #7

**Advanced Machine Reliability Resources, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$16,473.00** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th DAY OF June, 2019.


ASSIGNOR: Advanced Machine Reliability Resources, Inc.

_Wendy Johnson_
(Signature)

_Wendy Johnson_
(Print Name)

_CFO_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_[signature]_
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)



# Hexion Holdings LLC, et al.
Debtor Website

Home
General Case Info
Voluntary Petitions
First Day Motions & Orders
Schedules & SOFAs
Plan & Disclosure Statement
Solicitation Documents
Court Docket
Submit a Proof of Claim
Proofs of Claim Docket
Press Release
Supplier FAQ
Service Lists
Submit an Inquiry
Submit a Ballot

All Calendar Events



Chapter 11  Case No. 19-10684
U.S. Bankruptcy Court - District of Delaware
Hon. Kevin Gross

# Proofs of Claim Docket

*Number Of Registered Claims: 446*

### Search Criteria

| | |
|---|---|
| Case: | -- All Cases -- |
| Creditor Name: | Advanced Machine Reliability Resources, Inc |
| Claim No: | Enter claim number(s) or claim range. Example: 1 or 1,5 or 1-5 |
| Sort By: | Claim Number |

### Additional Search Criteria

| | |
|---|---|
| Claim File Date From: | Claim File Date To: |
| Claim Amount From: | Claim Amount To: |
| Claim Class: | |

### Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $15,548.00 | |
| 503(b)(9) | $925.00 | |
| Total | $16,473.00 | |

Total Claims/Schedules:    1

### Claims Details

Page: 1 of 1    Rows Per Page: 10
Total Items: (1)

---

[-] Advanced Machine Reliability Resources, Inc
Case(s): 687                Clm No: 7                Clm. Amt:    $16,473.00

Attn: Wendy Johnson
Amrri
301 Mallory Station Rd, Ste 100
Franklin, TN 37067

Date Filed: 4/8/2019
Claim Face Value: $16,473.00

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 687 | 503(b)(9) | $925.00 | ☐ | |
| 687 | UNS | $15,548.00 | ☐ | |
| | | $16,473.00 | | |