# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Hexion Inc</u>    Case No. <u>19-10687</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>Advanced Machine Reliability Resources, Inc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone:  <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:   <u>USD$16,473.00</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(360) 833-2357</u><br>Last four digits of Acct.#:  <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>Advanced Machine Reliability Resources, Inc<br>301 Mallory Station Rd, Ste 100<br>Franklin, TN 37067 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone:  <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   <u>/s/Terrel Ross</u>          Date: <u>June 21st, 2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:  United States Bankruptcy Court ("Bankruptcy Court")
     District of Delaware
     Attention: Clerk

AND TO:  Hexion Inc. (Debtor)
         Case No. 19-10687
         (Jointly Administered Under Hexion Holdings LLC, et al., Case No. 19-10684)

Claim # N/A

**Advanced Machine Reliability Resources, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$16,473.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th DAY OF June, 2019.

**ASSIGNOR: Advanced Machine Reliability Resources, Inc.**

Wendy Johnson, CFO
(Signature)

Wendy Johnso
(Print Name)

CFO
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Hexion Inc.                                                                                          Case Number:    19-10687

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.25 | ACTA GROUP LLC<br>2200 PENNSYLVANIA AVE NW<br>STE 100W<br>WASHINGTON, DC 20037 | UNKNOWN<br><br>ACCOUNT NO.: 206900 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $34,244 |
| 3.26 | ACTION EQUIPMENT & SUPPLY LLC<br>P.O. BOX 1346<br>SOUTH GLENS FALLS, NY 12803 | UNKNOWN<br><br>ACCOUNT NO.: 186744 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $9,416 |
| 3.27 | ACTION RESOURCES INC<br>DEPT 1563 PO BOX 11407<br>BIRMINGHAM, AL 35246-1563 | UNKNOWN<br><br>ACCOUNT NO.: 161379 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $864 |
| 3.28 | ACTIVEMINERALS INT'L LLC<br>P.O. BOX 203072<br>DALLAS, TX 75320-3072 | UNKNOWN<br><br>ACCOUNT NO.: 154738 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $20,457 |
| 3.29 | ADP INC<br>P.O. BOX 842875<br>BOSTON, MA 02284-2875 | UNKNOWN<br><br>ACCOUNT NO.: 160433 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $10 |
| 3.30 | ADVANCED DISPOSAL SERVICES SOLID<br>PO BOX 740008053<br>CHICAGO, IL 60674-8053 | UNKNOWN<br><br>ACCOUNT NO.: 210723 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,741 |
| 3.31 | ADVANCED MACHINE RELIABILITY RESOUR<br>301 MALLORY STATION RD, STE 100<br>FRANKLIN, TN 37067 | UNKNOWN<br><br>ACCOUNT NO.: 204254 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $16,473 ← |
| 3.32 | ADVANCED MECHANICAL INC<br>P.O. BOX 397<br>BROWNSVILLE, OR 97327 | UNKNOWN<br><br>ACCOUNT NO.: 139363 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,559 |
| 3.33 | ADVANCED SPECIALIZED CARRIERS LLC<br>P.O. BOX 3520<br>PINEVILLE, LA 71361-3520 | UNKNOWN<br><br>ACCOUNT NO.: 197585 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,100 |
| 3.34 | ADVANSIX INC.<br>300 KIMBALL DRIVE SUITE 101<br>PARSIPPANY, NY 07054 | UNKNOWN<br><br>ACCOUNT NO.: 210830 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $174,159 |

(→ arrow at row 3.31 left margin)