*Proofs of Claim Report - Hexion Inc. 19-10687*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|-------|----------------------:|---------------------:|
| UNSECURED | $9,513,022.36 | $0.00 |
| PRIORITY | $597,985.48 | |
| SECURED | $1,946,404.38 | |
| 503(b)(9) | $2,843,672.09 | $0.00 |
| Total | $14,901,084.31 | $0.00 |

| | |
|---|---:|
| Total Claims/Schedules: | 302 |

## Claims Details (302)

**Triune Electric, Inc**
**Case(s): 687 Clm No: 1 Clm. Amt: $7,920.00**

*Attn: Victoria Pate*
*4189 Dixie Inn Rd*
*Wilson, NC 27893*
**Date Filed: 4/5/2019**
**Claim Face Value: $7,920.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 687 | UNS | | | $7,920.00 | | |
| | | | | $7,920.00 | | |

**Triune Electric, Inc**
**Case(s): 687 Clm No: 2 Clm. Amt: $50,730.00**

*Attn: Victoria Pate*
*4189 Dixie Inn Rd*
*Wilson, NC 27893*
**Date Filed: 4/5/2019**
**Claim Face Value: $50,730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 687 | UNS | | | $50,730.00 | | |
| | | | | $50,730.00 | | |

**Pump Reliability Solutions LLC**
**Case(s): 687 Clm No: 3 Clm. Amt: $98,072.00**

*Attn: Chris Harrington*
*8706 Meldrum Ln*
*Houston, TX 77075*
**Date Filed: 4/5/2019**
**Claim Face Value: $98,072.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 687 | UNS | | | $98,072.00 | | |
| | | | | $98,072.00 | | |

## Freeman Communications LLC
### Case(s): 687 Clm No: 4 Clm. Amt: $13,610.00

*Attn: Michael Freeman*
*700 W Pete Rose Way, Ste 431*
*Cincinnati, OH 45203*
**Date Filed: 4/7/2019**
**Claim Face Value: $13,610.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $13,610.00 | | |
| | | | | $13,610.00 | | |

## Wanhua Chemical (America) Co., Ltd
### Case(s): 687 Clm No: 5 Clm. Amt: $623,195.40

*Attn: Eric Wang*
*3803 West Chester Pike, Ste 240*
*Newtown Square, PA 19073*
**Date Filed: 4/7/2019**
**Claim Face Value: $623,195.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $623,195.40 | | |
| | | | | $623,195.40 | | |

## Offshore Commissioning Solutions, Inc.
### Case(s): 687 Clm No: 6 Clm. Amt: $221,149.39

*Attn: Sharice Estrada*
*15330 Park Row*
*Houston, TX 77084*
**Date Filed: 4/8/2019**
**Claim Face Value: $221,149.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $221,149.39 | | |
| | | | | $221,149.39 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Cowen Special Investements LLC*<br>*Attn: Jeffrey Caress*<br>*Re: Offshore Commissioning Solutions, Inc.*<br>*599 Lexington Ave., 21st Fl*<br>*New York, NY 10022* | 100.00% | | Final |

## Advanced Machine Reliability Resources, Inc
### Case(s): 687 Clm No: 7 Clm. Amt: $16,473.00

*Attn: Wendy Johnson*
*Amrri*
*301 Mallory Station Rd, Ste 100*
*Franklin, TN 37067*
**Date Filed: 4/8/2019**
**Claim Face Value: $16,473.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $925.00 | | |
| 687 | UNS | | | $15,548.00 | | |
| | | | | $16,473.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund, LLC*<br>*Attn: Terrel Ross*<br>*Re: Advanced Machine Reliability Resources, Inc*<br>*P.O. Box 633*<br>*Woodmere, NY 11598* | 100.00% | | Final |

## Consolidated Electrical Distributors Inc
### Case(s): 687 Clm No: 8 Clm. Amt: $28,900.49

c/o Bradford Capital Holdings, LP
P.O. Box 4353
Clifton, NJ 07012
**Date Filed: 4/8/2019**
**Claim Face Value: $28,900.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $23.54 | | |
| 687 | UNS | | | $28,876.95 | | |
| | | | | $28,900.49 | | |

## Siemer Milling Company
### Case(s): 687 Clm No: 9 Clm. Amt: $116,555.60

P.O. Box 670
111 W Main St
Teutopolis, IL 62467
**Date Filed: 4/8/2019**
**Claim Face Value: $116,555.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $80,669.04 | | |
| 687 | UNS | | | $35,886.56 | | |
| | | | | $116,555.60 | | |

## McCullock County Appraisal District
### Case(s): 687 Clm No: 10 Clm. Amt: $270,498.73

306 W Lockhart St
Brady, TX 76825-4113
**Date Filed: 4/1/2019**
**Amending Clm #: 10**
**Amended By Clm #: 10**
**Claim Face Value: $270,498.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $270,498.73 | | |
| | | | | $270,498.73 | | |

## LRBG Chemicals Inc.
### Case(s): 687 Clm No: 11 Clm. Amt: $8,880.00

Attn: Daniel Wozniak
2112 Sylvan Ave
P.O. Box 2570
Toledo, OH 43606
**Date Filed: 4/9/2019**
**Claim Face Value: $8,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $8,880.00 | | |
| | | | | $8,880.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| CRG Financial LLC Attn: Allison R. Axenrod Re: LRBG Chemicals Inc. 100 Union Ave. Cresskill, NJ 07626 | 100.00% | | Final |

## Dallas County
### Case(s): 687 Clm No: 12 Clm. Amt: $518.56

c/o Linebarger Coggan Blair & Sampson LLP
Attn: Elizabeth Weller
2777 N Stemmons Fwy, Ste 1000
Dallas, TX 75207
**Date Filed: 4/8/2019**
**Claim Face Value: $518.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $518.56 | | |
| | | | | $518.56 | | |

## Amistco Separation Products dba Amacs
### Case(s): 687 Clm No: 13 Clm. Amt: $56,180.00

*Attn: Cedric Brown*
*14211 Industry St*
*Houston, TX 77053*
**Date Filed: 4/8/2019**
**Claim Face Value: $56,180.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $56,180.00 | | |
| | | | | $56,180.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *CRG Financial LLC* *Attn: Allison R. Axenrod* *Re: Amistco Separation Products dba Amacs* *100 Union Ave.* *Cresskill, NJ 07626* | 100.00% | | Final |

## Cardinal Container Services, Inc.
### Case(s): 687 Clm No: 14 Clm. Amt: $13,105.63

*Attn: Ian Miller*
*200 Aspen Hill Rd*
*North Branch, NJ 08876*
**Date Filed: 4/8/2019**
**Claim Face Value: $13,105.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $13,105.63 | | |
| | | | | $13,105.63 | | |

## Midwest Agri-Commodities Company
### Case(s): 687 Clm No: 15 Clm. Amt: $232,159.96

*Arlen Antes Berger*
*999 5th Ave, Ste 500*
*San Rafael, CA 94901*
**Date Filed: 4/9/2019**
**Claim Face Value: $232,159.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $136,696.91 | | |
| 687 | UNS | | | $95,463.05 | | |
| | | | | $232,159.96 | | |

## Hayes Manufacturing, Co., Inc
### Case(s): 687 Clm No: 16 Clm. Amt: $27,000.00

*Attn: April Rougeou*
*P.O. Box 3309*
*106 Pelican Dr*
*Pineville, LA 71360*
**Date Filed: 4/10/2019**
**Claim Face Value: $27,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $27,000.00 | | |
| | | | | $27,000.00 | | |

## Crucible Chemical Company
### Case(s): 687 Clm No: 17 Clm. Amt: $1,311.00

*P.O. Box 6786*
*Greenville, SC 29606*
**Date Filed: 4/10/2019**
**Claim Face Value: $1,311.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $1,311.00 | | |
| | | | | $1,311.00 | | |

### The Acta Group L.L.C.
### Case(s): 687 Clm No: 18 Clm. Amt: $31,261.63

2200 Pennsylvania Ave Nw, Ste 100W
Washington, DC 20037
**Date Filed: 4/10/2019**
**Claim Face Value: $31,261.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $31,261.63 | | |
| | | | | $31,261.63 | | |

### Florida Rock & Tank Lines, Inc.
### Case(s): 687 Clm No: 19 Clm. Amt: $24,789.42

Attn: Connie Lott
200 W Forsyth St, 7th Fl
Jacksonville, FL 32202
**Date Filed: 4/11/2019**
**Claim Face Value: $24,789.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $24,789.42 | | |
| | | | | $24,789.42 | | |

### IMPAC Engineering
### Case(s): 687 Clm No: 20 Clm. Amt: $20,000.00

Attn: Mehrdad Heidari
4904 Clovernook Rd
Louisville, KY 40207
**Date Filed: 4/11/2019**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $20,000.00 | | |
| | | | | $20,000.00 | | |

### Cleveland Wire Cloth & Mfg Co
### Case(s): 687 Clm No: 21 Clm. Amt: $4,503.68

Attn: Joseph J. Sarasa
3573 East 78th St
Cleveland, OH 44105
**Date Filed: 4/11/2019**
**Claim Face Value: $4,503.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $4,503.68 | | |
| | | | | $4,503.68 | | |

### Cleaver-Brooks Sales and Service, Inc.
### Case(s): 687 Clm No: 22 Clm. Amt: $1,762.00

c/o Ncs
Attn: Michelle Gerred
729 Miner Rd
Highland Heights, Oh, 44143
**Date Filed: 4/11/2019**
**Claim Face Value: $1,762.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,762.00 | | |
| | | | | $1,762.00 | | |

### Neva Corporation
### Case(s): 687 Clm No: 23 Clm. Amt: $85,011.84

Attn: Ben Graham
11350 Brittmoore Park Dr
Houston, TX 77041
**Date Filed: 4/11/2019**
**Claim Face Value: $85,011.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $85,011.84 | | |
| | | | | $85,011.84 | | |

## Axis Mechanical Group, Inc.
### Case(s): 687 Clm No: 24 Clm. Amt: $69,299.48

*Attn: Crystal Van Sant*
*5916 E Sam Houston Pkwy S*
*Houston, TX 77034*
**Date Filed: 4/12/2019**
**Claim Face Value: $69,299.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $69,299.48 | | |
| | | | | $69,299.48 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund, LLC*<br>*Attn: Terrel Ross*<br>*Re; Axis Mechanical Group, Inc.*<br>*P.O. Box 633*<br>*Woodmere, NY 11598* | 100.00% | | Final |

## August Winter & Sons, Inc.
### Case(s): 687 Clm No: 25 Clm. Amt: $192,812.34

*Attn: Kathryn Knapp*
*2323 N Roemer Rd*
*P.O. Box 1896*
*Appleton, WI 54912-1896*
**Date Filed: 4/12/2019**
**Claim Face Value: $192,812.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $192,812.34 | | |
| | | | | $192,812.34 | | |

## CCM Electric
### Case(s): 687 Clm No: 26 Clm. Amt: $15,574.00

*Attn: Charles C. Montes*
*6311 Fm2109*
*Huntington, TX 75949*
**Date Filed: 4/13/2019**
**Claim Face Value: $15,574.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $15,574.00 | | |
| | | | | $15,574.00 | | |

## Florida Handling Systems, Inc.
### Case(s): 687 Clm No: 27 Clm. Amt: $6,945.00

*Attn: Angela Chils*
*2651 State Rd 60 West*
*Bartow, FL 33830*
**Date Filed: 4/15/2019**
**Claim Face Value: $6,945.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,945.00 | | |
| | | | | $6,945.00 | | |

## Blue Chip Consulting Group, LLC
### Case(s): 687 Clm No: 28 Clm. Amt: $11,763.36

*Attn: Justine Lemanowicz*
*6000 Lombardo Center, Ste 650*
*Seven Hills, OH 44131*
**Date Filed: 4/15/2019**
**Claim Face Value: $11,763.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $11,763.36 | | |
| | | | | $11,763.36 | | |

### APM, LLC
### Case(s): 687 Clm No: 29 Clm. Amt: $3,540.00

*Attn: Paul Spence*
*580 N 4th St*
*Columbus, OH 43215*
**Date Filed: 4/15/2019**
**Claim Face Value: $3,540.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $3,540.00 | | |
| | | | | $3,540.00 | | |

### Orthman Manufacturing, Inc.
### Case(s): 687 Clm No: 30 Clm. Amt: $96,601.70

*Attn: Karen K White*
*P.O. Box B*
*Lexington, NE 68850*
**Date Filed: 4/15/2019**
**Claim Face Value: $96,601.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $96,601.70 | | |
| | | | | $96,601.70 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Bradford Capital Holdings, LP*<br>*c/o Bradford Capital Management, LLC*<br>*Attn: Brian Brager*<br>*Re: Orthman Manufacturing, Inc.*<br>*P.O. Box 4353*<br>*Clifton, NJ 07012* | 100.00% | | Final |

### IFC North America Inc. IFC North America Inc
### Case(s): 687 Clm No: 31 Clm. Amt: $729,545.50

*15 Lake St, Ste A*
*Grimsby, ON L3M 2G4*
*Canada*
**Date Filed: 4/16/2019**
**Claim Face Value: $729,545.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $207,345.00 | | $0.00 |
| 687 | UNS | | | $522,200.50 | | $0.00 |
| | | | | $729,545.50 | | $0.00 |

### Aqua Fire Protection Company
### Case(s): 687 Clm No: 32 Clm. Amt: $3,977.49

*Attn: Sherri H Jones*
*1020 E Springfield Rd*
*High Point, NC 27263*
**Date Filed: 4/16/2019**
**Claim Face Value: $3,977.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $3,977.49 | | |
| | | | | $3,977.49 | | |

### Aqua Fire Protection Company
### Case(s): 687 Clm No: 33 Clm. Amt: $406.60

*Attn: Sherri H Jones*
*1020 E Springfield Rd*
*High Point, NC 27263*
**Date Filed: 4/16/2019**
**Claim Face Value: $406.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $406.60 | | |
| | | | | $406.60 | | |

### ANGUS Chemical Company
### Case(s): 687 Clm No: 34 Clm. Amt: $250,308.02

*Attn: Barbara L Kelley*
*1500 E Lake Cook Rd*
*Buffalo Grove, IL 60089-6554*
**Date Filed: 4/16/2019**
**Claim Face Value: $250,308.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $250,308.02 | | |
| | | | | $250,308.02 | | |

### Hayes Manufacturing Co Inc
### Case(s): 687 Clm No: 35 Clm. Amt: $5,050.00

*Attn: April R. Rougeou*
*106 Pelican Dr*
*Pineville, LA 71360*
**Date Filed: 4/16/2019**
**Claim Face Value: $5,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $5,050.00 | | |
| | | | | $5,050.00 | | |

### Troy Boiler Works Inc.
### Case(s): 687 Clm No: 36 Clm. Amt: $34,232.00

*Attn: Brian K. Maxwell*
*2800-7Th Ave*
*Troy, NY 12110*
**Date Filed: 4/17/2019**
**Claim Face Value: $34,232.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $34,232.00 | | |
| | | | | $34,232.00 | | |

### Troy Boiler Works Inc.
### Case(s): 687 Clm No: 37 Clm. Amt: $1,792.00

*Attn: Richard Okonski*
*2800-7Th Ave*
*Troy, NY 12180*
**Date Filed: 4/17/2019**
**Claim Face Value: $1,792.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,792.00 | | |
| | | | | $1,792.00 | | |

### Troy Boiler Works Inc.
### Case(s): 687 Clm No: 38 Clm. Amt: $1,993.79

*Attn: Rich Okonski*
*2800-7Th Ave*
*Troy, NY 12180*
**Date Filed: 4/17/2019**
**Claim Face Value: $1,993.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,993.79 | | |
| | | | | $1,993.79 | | |

## Saskatchewan Mining and Minerals Inc.
### Case(s): 687 Clm No: 39 Clm. Amt: $39,504.26

*Attn: Brett Routledge*
*1 Railway Ave*
*Chaplin, SK S0H 0V0*
*Canada*
**Date Filed: 4/17/2019**
**Claim Face Value: $39,504.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $39,504.26 | | |
| | | | | $39,504.26 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *CRG Financial LLC*<br>*Attn: Allison Axenrod*<br>*Re: Saskatchewan Mining and Minerals Inc.*<br>*100 Union Ave.*<br>*Cresskill, NJ 07626* | 100.00% | | Final |

## Solaris Power Systems LLC
### Case(s): 687 Clm No: 40 Clm. Amt: $2,380.00

*Attn: Dana Rust*
*P.O. Box 189*
*Bellaire, TX 77402*
**Date Filed: 4/17/2019**
**Claim Face Value: $2,380.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $2,380.00 | | |
| | | | | $2,380.00 | | |

## Merrill Corporation
### Case(s): 687 Clm No: 41 Clm. Amt: $72,956.67

*Attn: Leif Erik Simpson*
*One Merrill Cir.*
*Saint Paul, MN 55108*
**Date Filed: 4/17/2019**
**Claim Face Value: $72,956.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $72,956.67 | | |
| | | | | $72,956.67 | | |

## Industrial Performance Services
### Case(s): 687 Clm No: 42 Clm. Amt: $81,373.67

*Attn: Mike Guidry*
*PO Box 3586*
*Houston, TX 77253-3586*
**Date Filed: 4/17/2019**
**Claim Face Value: $81,373.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $81,373.67 | | |
| | | | | $81,373.67 | | |

## Airgas On-Site Safety Services
### Case(s): 687 Clm No: 43 Clm. Amt: $1,583.33

*Attn: Rocio Aleman*
*906 West 13th St.*
*Deer Park, TX 77536*
**Date Filed: 5/6/2019**
**Claim Face Value: $1,583.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,583.33 | | |
| | | | | $1,583.33 | | |

**Wisconsin Lift Truck Corp**
**Case(s): 687 Clm No: 44 Clm. Amt: $1,108.40**

*Attn: Alison O'Connell*
*3125 Intertech Dr.*
*Brookfield, WI 53045*
**Date Filed: 5/6/2019**
**Claim Face Value: $1,108.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,108.40 | | |
| | | | | $1,108.40 | | |

**Airgas USA, LLC**
**Case(s): 687 Clm No: 45 Clm. Amt: $4,863.66**

*Attn: Carrie Dodson*
*110 West 7th St., Ste. 1400*
*Tulsa, OK 74119*
**Date Filed: 5/6/2019**
**Claim Face Value: $4,863.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $4,863.66 | | |
| | | | | $4,863.66 | | |

**Airgas USA, LLC**
**Case(s): 687 Clm No: 46 Clm. Amt: $10,515.73**

*Attn: Carrie Dodson*
*110 West 7th St., Ste. 1400*
*Tulsa, OK 74119*
**Date Filed: 5/6/2019**
**Claim Face Value: $10,515.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $2,223.73 | | |
| 687 | UNS | | | $8,292.00 | | |
| | | | | $10,515.73 | | |

**Airgas USA, LLC**
**Case(s): 687 Clm No: 47 Clm. Amt: $1,392.48**

*Attn: Carrie Dodson*
*110 West 7th St., Ste. 1400*
*Tulsa, OK 74119*
**Date Filed: 5/6/2019**
**Claim Face Value: $1,392.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,392.48 | | |
| | | | | $1,392.48 | | |

**Schuetz Container Systems, Inc.**
**Case(s): 687 Clm No: 48 Clm. Amt: $1,236,229.75**

*Attn: Ian Miller*
*200 Aspen Hill Rd*
*No. Branch, NJ 08876*
**Date Filed: 4/15/2019**
**Claim Face Value: $1,236,229.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,236,229.75 | | |
| | | | | $1,236,229.75 | | |

## TECH 2000 Services & Staffing, Inc.
### Case(s): 687 Clm No: 49 Clm. Amt: $8,814.64

*Attn: Julia J. Collins*
*240 West End Ave, Ste 3B*
*New York, NY 10023*
**Date Filed: 4/15/2019**
**Claim Face Value: $8,814.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $5,128.75 | | |
| 687 | UNS | | | $3,685.89 | | |
| | | | | $8,814.64 | | |

## MS Department of Revenue
### Case(s): 687 Clm No: 50 Clm. Amt:

*Attn: Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225*
**Date Filed: 4/18/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | Unknown | Y | |

## Bexar County
### Case(s): 687 Clm No: 51 Clm. Amt: $24,792.95

*Attn: Don Stecker*
*711 Navarro St, Ste 300*
*San Antonio, TX 78205*
**Date Filed: 4/15/2019**
**Claim Face Value: $24,792.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | SEC | | | $24,792.95 | | |
| | | | | $24,792.95 | | |

## Packaging Corporation of America
### Case(s): 687 Clm No: 52 Clm. Amt: $14,357.00

*Attn: Vince Carrera*
*1 N Field Court*
*Lake Forest, IL 60045*
**Date Filed: 4/15/2019**
**Claim Face Value: $14,357.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $14,357.00 | | |
| | | | | $14,357.00 | | |

## Expotechnik America LTD
### Case(s): 687 Clm No: 53 Clm. Amt: $10,091.06

*Attn: Lori Myers*
*1300 Northbrook Pkwy, Ste 150*
*Suwanee, GA 30024*
**Date Filed: 4/18/2019**
**Amended By Clm #: 54**
**Claim Face Value: $10,091.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $10,091.06 | | |
| | | | | $10,091.06 | | |

### Expotechnik America LTD
### Case(s): 687 Clm No: 54 Clm. Amt: $10,091.06

*Attn: Lori Myers*
*1300 Northbrook Pkwy, Ste 150*
*Suwanee, GA 30024*
**Date Filed: 4/18/2019**
**Orig. Date Filed: 4/18/2019**
**Amending Clm #: 53**
**Claim Face Value: $10,091.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $10,091.06 | | |
| | | | | $10,091.06 | | |

### J.F. Ahern Co
### Case(s): 687 Clm No: 55 Clm. Amt: $2,680.33

*Attn: Carrie Iglesias*
*P.O. Box 1316*
*Fond Du Lac, WI 54936*
**Date Filed: 4/18/2019**
**Claim Face Value: $2,680.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $2,680.33 | | |
| | | | | $2,680.33 | | |

### MACDONALD-MILLER FACILITY SOLUTIONS INC
### Case(s): 687 Clm No: 56 Clm. Amt: $21,333.75

*Attn: Stephanie Todd*
*P.O. Box 47983*
*Seattle, WA 98146*
**Date Filed: 4/18/2019**
**Claim Face Value: $21,333.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $4,113.00 | | |
| 687 | UNS | | | $17,220.75 | | |
| | | | | $21,333.75 | | |

### Randstad Technologies
### Case(s): 687 Clm No: 57 Clm. Amt: $55,933.84

*Attn: Ken Wilson*
*3625 Cumberland Blvd, Ste 600*
*Atlanta, GA 30339*
**Date Filed: 4/19/2019**
**Claim Face Value: $55,933.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $55,933.84 | | |
| | | | | $55,933.84 | | |

### Randstad
### Case(s): 687 Clm No: 58 Clm. Amt: $49,495.90

*Attn: Ken Wilson*
*3625 Cumberland Blvd, Ste 600*
*Atlanta, GA 30339*
**Date Filed: 4/19/2019**
**Claim Face Value: $49,495.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $49,495.90 | | |
| | | | | $49,495.90 | | |

## Spherion Staffing, LLC
### Case(s): 687 Clm No: 59 Clm. Amt: $5,735.57

*Attn: Ken Wilson*
*3625 Cumberland Blvd, Ste 600*
*Atlanta, GA 30339*
**Date Filed: 4/19/2019**
**Claim Face Value: $5,735.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $5,735.57 | | |
| | | | | $5,735.57 | | |

## Air Liquide Large Industries U.S. LP
### Case(s): 687 Clm No: 60 Clm. Amt: $233,188.93

*Attn: Cheryl Lero*
*9811 Katy Freeway, Ste 100*
*Houston, TX 77024*
**Date Filed: 4/19/2019**
**Claim Face Value: $233,188.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $118,877.26 | | |
| 687 | UNS | | | $114,311.67 | | |
| | | | | $233,188.93 | | |

## Norac Additives LLC
### Case(s): 687 Clm No: 61 Clm. Amt: $55,380.00

*Attn: Marilyn Chiang*
*813 Towne Center Dr*
*Pomona, CA 91767*
**Date Filed: 4/19/2019**
**Claim Face Value: $55,380.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | Unknown | Y | |
| 687 | UNS | | | $55,380.00 | | |
| | | | | $55,380.00 | | |

## Alliance Shippers, Inc
### Case(s): 687 Clm No: 62 Clm. Amt: $6,400.00

*Attn: Les J Decker*
*5700 Broadmoor, Ste 600*
*Mission, KS 66202*
**Date Filed: 4/19/2019**
**Claim Face Value: $6,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,400.00 | | |
| | | | | $6,400.00 | | |

## Alliance Shippers, Inc
### Case(s): 687 Clm No: 63 Clm. Amt: $6,400.00

*Attn: Les Decker*
*5700 Broadmoor, Ste 600*
*Mission, KS 66202*
**Date Filed: 4/19/2019**
**Claim Face Value: $6,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,400.00 | | |
| | | | | $6,400.00 | | |

### Alliance Shippers, Inc
### Case(s): 687 Clm No: 64 Clm. Amt: $1,295.00

*Attn: Les Decker*
*5700 Broadmoor, Ste 600*
*Mission, KS 66202*
**Date Filed: 4/19/2019**
**Claim Face Value: $1,295.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $1,295.00 | | |
| | | | | $1,295.00 | | |

### Alliance Shippers, Inc
### Case(s): 687 Clm No: 65 Clm. Amt: $2,200.00

*Attn: Les Decker*
*5700 Broadmoor, Suite 600*
*Mission, KS 66202*
**Date Filed: 4/19/2019**
**Claim Face Value: $2,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $2,200.00 | | |
| | | | | $2,200.00 | | |

### Alliance Shippers, Inc
### Case(s): 687 Clm No: 66 Clm. Amt: $1,900.00

*Attn: Les Decker*
*5700 Broadmoor*
*Suite 600*
*Mission, KS 66202*
**Date Filed: 4/19/2019**
**Claim Face Value: $1,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $1,900.00 | | |
| | | | | $1,900.00 | | |

### Dan's Lawn & Landscape Maintenance LLC
### Case(s): 687 Clm No: 67 Clm. Amt: $23,515.06

*Attn: Daniel R Watkins*
*PO Box 287*
*New Albany, IN 47151*
**Date Filed: 4/21/2019**
**Claim Face Value: $23,515.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $23,515.06 | | |
| | | | | $23,515.06 | | |

### G.C.I., Inc
### Case(s): 687 Clm No: 68 Clm. Amt: $2,100.38

*Attn: Janie Bond*
*PO Box 83657*
*Baton Rouge, LA 70884-3657*
**Date Filed: 4/22/2019**
**Claim Face Value: $2,100.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $2,100.38 | | |
| | | | | $2,100.38 | | |

### Neva Corporation
### Case(s): 687 Clm No: 69 Clm. Amt: $3,509.03

*Attn: Ben Graham*
*11350 Brittmoore Park Dr.*
*Houston, TX 77041*
**Date Filed: 4/22/2019**
**Claim Face Value: $3,509.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $3,509.03 | | |
| | | | | $3,509.03 | | |

### Oseco
**Case(s): 687 Clm No: 70 Clm. Amt: $5,300.04**

*Attn: Kendal Ruffin*
*1701 W. Tacoma Street*
*Broken Arrow, OK 74012*
**Date Filed: 4/22/2019**
**Claim Face Value: $5,300.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $5,300.04 | | |
| | | | | $5,300.04 | | |

### Kadant Unaflex LLC
**Case(s): 687 Clm No: 71 Clm. Amt: $69,840.19**

*ATTN: Tracy Kollmer*
*P.O. Box 5088*
*Fort Lauderdale FL 33310*
**Date Filed: 4/23/2019**
**Claim Face Value: $69,840.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $69,840.19 | | |
| | | | | $69,840.19 | | |

### Louisville Label Inc.
**Case(s): 687 Clm No: 72 Clm. Amt: $165.06**

*Attn: Melonie Sullivan*
*417 S 32nd St*
*Louisville, KY 40212*
**Date Filed: 4/23/2019**
**Claim Face Value: $165.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | 503(b)(9) | | | $165.06 | | |
| | | | | $165.06 | | |

### Fair Harbor Capital, LLC as Assignee of Air Pollution Equipm
**Case(s): 687 Clm No: 73 Clm. Amt: $6,387.87**

*Fair Harbor Capital LLC*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 4/23/2019**
**Claim Face Value: $6,387.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $6,387.87 | | |
| | | | | $6,387.87 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|---|---|---|---|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Air Pollution Equipment*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Fair Harbor Capital, Assig of Superior Bulk Logist
**Case(s): 687 Clm No: 74 Clm. Amt: $31,174.56**

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $31,174.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $31,174.56 | | |
| | | | | $31,174.56 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Superior Bulk Logistics Inc.<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### MIURA AMERICA CO., INC.
**Case(s): 687 Clm No: 75 Clm. Amt: $5,609.67**

MIURA AMERICA CO., LTD
2200 STEVEN B SMITH BLVD
ROCKMART, GA 30153
**Date Filed: 4/23/2019**
**Claim Face Value: $5,609.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $5,609.67 | | |
| | | | | $5,609.67 | | |

### Fair Harbor Capital, Assig. of Tecnetics Industries Inc
**Case(s): 687 Clm No: 76 Clm. Amt: $30,310.81**

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $30,310.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $30,310.81 | | |
| | | | | $30,310.81 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Tecnetics Industries Inc.<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### MIURA AMERICA CO., INC.
**Case(s): 687 Clm No: 77 Clm. Amt: $199.00**

2200 STEVEN B SMITH BLVD
ROCKMART, GA 30153
**Date Filed: 4/23/2019**
**Claim Face Value: $199.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $199.00 | | |
| | | | | $199.00 | | |

### Fair Harbor Capital LLC assign of Therm Omega Tech Inc.
### Case(s): 687 Clm No: 78 Clm. Amt: $9,715.00

Attn: Victor Knox
PO Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $9,715.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $9,715.00 | | |
| | | | | $9,715.00 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Therm Omega Tech. Inc.<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Fair Harbor Capital as assgn of Set Environmental Inc.
### Case(s): 687 Clm No: 79 Clm. Amt: $14,047.77

Attn: Victor Knox
PO Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $14,047.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $14,047.77 | | |
| | | | | $14,047.77 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Set Environmental Inc.<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Fair Harbor Capital as assgn of New Way Electric
### Case(s): 687 Clm No: 80 Clm. Amt: $5,246.21

Attn: Victor Knox
PO Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $5,246.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $953.71 | | |
| 687 | UNS | | | $4,292.50 | | |
| | | | | $5,246.21 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: New Way Electric<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Fair Harbor Capital LLC as assign of Roland J Robert Distrib
### Case(s): 687 Clm No: 81 Clm. Amt: $14,551.39

Attn: Victor Knox
P.O. Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $14,551.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $14,551.39 | | |
| | | | | $14,551.39 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Roland J Robert Distributor Inc.<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Fair Harbor Capital LLC as assign SRI Instruments
### Case(s): 687 Clm No: 82 Clm. Amt: $4,511.00

Attn: Victor Knox
P.O. Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $4,511.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $672.00 | | |
| 687 | UNS | | | $3,839.00 | | |
| | | | | $4,511.00 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: SRI Instruments<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Fair Harbor Capital, assign of Randall Industries
### Case(s): 687 Clm No: 83 Clm. Amt: $4,178.69

Attn: Victor Knox
P.O. Box 237037
New York, NY 10023
**Date Filed: 4/23/2019**
**Claim Face Value: $4,178.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $4,178.69 | | |
| | | | | $4,178.69 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Randall Industries<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Fair Harbor Capital, assgn of Frontline Environment Tech Grp
**Case(s): 687 Clm No: 84 Clm. Amt: $5,821.13**

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 4/23/2019**
**Claim Face Value: $5,821.13**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 687 | UNS | | | $5,821.13 | | |
| | | | | | $5,821.13 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|---|---|---|---|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Frontline Enviroment Tech Grp Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Southern States Material Handling, Inc
**Case(s): 687 Clm No: 85 Clm. Amt: $6,726.71**

*Attn: Debra Soto*
*115 S 78th St*
*Tampa, FL 33619*
**Date Filed: 4/23/2019**
**Claim Face Value: $6,726.71**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 687 | UNS | | | $6,726.71 | | |
| | | | | | $6,726.71 | | |

### NEVA CORPORATION
**Case(s): 687 Clm No: 86 Clm. Amt: $19,048.69**

*ATTN:BEN GRAHAM*
*11350 Brittmoore Park Dr*
*HOUSTON, TX 77041*
**Date Filed: 4/23/2019**
**Claim Face Value: $19,048.69**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 687 | UNS | | | $19,048.69 | | |
| | | | | | $19,048.69 | | |

### Continental Intermodal Group LP
**Case(s): 687 Clm No: 87 Clm. Amt: $174,994.00**

*Attn: Beau M. Patterson*
*420 Throckmorton St.*
*Suite 550*
*Fort Worth, TX 76102*
**Date Filed: 4/23/2019**
**Claim Face Value: $174,994.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 687 | UNS | | | $174,994.00 | | |
| | | | | | $174,994.00 | | |

### Dynachem, Inc.
**Case(s): 687 Clm No: 88 Clm. Amt: $56,136.48**

*P.O. Box 19*
*Georgetown, IL 61846*
**Date Filed: 4/15/2019**
**Claim Face Value: $56,136.48**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 687 | UNS | | | $56,136.48 | | |
| | | | | | $56,136.48 | | |

## National Container Group
### Case(s): 687 Clm No: 89 Clm. Amt: $96,629.54

*Attn: Melvin Perrier*
*2600 Maitland Center Pkwy*
*Suite 200*
*Maitland, FL 32751*
**Date Filed: 4/23/2019**
**Claim Face Value: $96,629.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $12,072.00 | | |
| 687 | UNS | | | $84,557.54 | | |
| | | | | $96,629.54 | | |

## Asset Optimization Consultants, Inc.
### Case(s): 687 Clm No: 90 Clm. Amt: $16,060.00

*Attn: Kay Dawn Walker*
*16000 Barkers Point Lane*
*Suite 105*
*Houston, TX 77079*
**Date Filed: 4/24/2019**
**Claim Face Value: $16,060.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $16,060.00 | | |
| | | | | $16,060.00 | | |

## Asset Optimization Consultants, Inc.
### Case(s): 687 Clm No: 91 Clm. Amt: $3,795.00

*Attn: Kay Dawn Walker*
*16000 Barkers Point Lane*
*Suite 105*
*Houston, TX 77079*
**Date Filed: 4/24/2019**
**Claim Face Value: $3,795.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $3,795.00 | | |
| | | | | $3,795.00 | | |

## Asset Optimization Consultants, Inc.
### Case(s): 687 Clm No: 92 Clm. Amt: $7,130.00

*Attn: Kay Dawn Walker*
*16000 Barkers Point Lane*
*Suite 105*
*Houston, TX 77079*
**Date Filed: 4/24/2019**
**Claim Face Value: $7,130.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $7,130.00 | | |
| | | | | $7,130.00 | | |

## Neva Corporation
### Case(s): 687 Clm No: 93 Clm. Amt: $859.51

*Attn: Ben Graham*
*11350 Brittmoore Park Dr*
*Houston, TX 77041*
**Date Filed: 4/25/2019**
**Claim Face Value: $859.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $859.51 | | |
| | | | | $859.51 | | |

## Society of Petroleum Engineers
### Case(s): 687 Clm No: 94 Clm. Amt: $17,380.00

*Attn: Ileana Catano Valdes*
*222 Palisades Creek*
*Richardson,TX 75080*
**Date Filed: 4/25/2019**
**Claim Face Value: $17,380.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $17,380.00 | | |
| | | | | $17,380.00 | | |

## Society of Petroleum Engineers
### Case(s): 687 Clm No: 95 Clm. Amt: $3,100.00

*Attn: Ileana Catano Valdes*
*222 Palisades Creek*
*Richardson, TX 75080*
**Date Filed: 4/25/2019**
**Claim Face Value: $3,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $3,100.00 | | |
| | | | | $3,100.00 | | |

## Vega Americas
### Case(s): 687 Clm No: 96 Clm. Amt: $1,026.44

*Attn: Jacob Groene*
*4170 Rosslyn Drive*
*Cincinnati, OH 45209*
**Date Filed: 4/25/2019**
**Claim Face Value: $1,026.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $1,026.44 | | |
| | | | | $1,026.44 | | |

## Southern Tank Leasing Inc.
### Case(s): 687 Clm No: 97 Clm. Amt: $10,025.00

*Attn: Damesia Crocker*
*PO Box 1237*
*Demopolis, AL 36732*
**Date Filed: 4/25/2019**
**Claim Face Value: $3,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $3,500.00 | | |
| 687 | PRI | | | $3,025.00 | | |
| 687 | SEC | | | $3,500.00 | | |
| | | | | $10,025.00 | | |

## Allnex USA Inc.
### Case(s): 687 Clm No: 98 Clm. Amt: $165,891.49

*Attn: Graham Young*
*9005 Westside Parkway*
*Alpharetta, GA 30009*
**Date Filed: 4/25/2019**
**Claim Face Value: $165,891.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $66,294.20 | | |
| 687 | UNS | | | $99,597.29 | | |
| | | | | $165,891.49 | | |

## Department of the Treasury
### Case(s): 687 Clm No: 99 Clm. Amt: $256.38

*c/o Internal Revenue Service*
*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 5/24/2019**
**Orig. Date Filed: 4/25/2019**
**Amending Clm #: 99**
**Amended By Clm #: 99**
**Claim Face Value: $256.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | PRI | | | $239.88 | | |
| 687 | UNS | | | $16.50 | | |
| | | | | $256.38 | | |

### Brady Trane Service, Inc.
**Case(s): 687 Clm No: 100 Clm. Amt: $32,852.20**

*Attn: Nate England*
*1915 N. Church St*
*Greensboro, NC 27405*
**Date Filed: 4/26/2019**
**Claim Face Value: $32,852.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $32,852.20 | | |
| | | | | $32,852.20 | | |

### Piedmont Natural Gas
**Case(s): 687 Clm No: 101 Clm. Amt: $10,601.49**

*Attn: Victoria Lynn Jordan*
*4339 S. Tryon St.*
*Chapter 11*
*Charlotte, NC 28216*
**Date Filed: 4/26/2019**
**Claim Face Value: $10,601.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $10,601.49 | | |
| | | | | $10,601.49 | | |

### PVF Industrial Supply
**Case(s): 687 Clm No: 102 Clm. Amt: $26,894.56**

*6203 Patterson Rd.*
*Little Rock, AR 72209*
**Date Filed: 4/26/2019**
**Claim Face Value: $26,894.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $26,894.56 | | |
| | | | | $26,894.56 | | |

### Integrated Control Technologies, LLC
**Case(s): 687 Clm No: 103 Clm. Amt: $5,448.33**

*Attn: Melinda Cox*
*440 Wrangler Drive*
*Suite 100*
*Coppell, TX 75019*
**Date Filed: 4/26/2019**
**Claim Face Value: $5,448.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $5,448.33 | | |
| | | | | $5,448.33 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Bradford Capital Holdings, LP*<br>*c/o Bradford Capital Management, LLC*<br>*Attn: Brian Brager*<br>*Re: Integrated Control Technologies, LLC*<br>*P.O. Box 4353*<br>*Clifton, NJ 07012* | 100.00% | | Final |

**Fair Harbor Capital, LLC as Assignee of Thinkstep Inc**
**Case(s): 687 Clm No: 104 Clm. Amt: $12,716.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Victor Knox*<br>*PO Box 237037*<br>*New York, NY 10023*<br>**Date Filed: 4/26/2019**<br>**Claim Face Value: $12,716.00** | 687 | UNS | | | $12,716.00 | | |
| | | | | | $12,716.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|---|---|---|---|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Thinkstep Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

**ControlWorx, LLC**
**Case(s): 687 Clm No: 105 Clm. Amt: $42,764.58**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Missy Fisher*<br>*17630 Perkins Rd*<br>*Baton Rouge, LA 70810*<br>**Date Filed: 4/26/2019**<br>**Claim Face Value: $42,764.58** | 687 | 503(b)(9) | | | $1,721.58 | | |
| | 687 | UNS | | | $41,043.00 | | |
| | | | | | $42,764.58 | | |

**CDW**
**Case(s): 687 Clm No: 106 Clm. Amt: $68,802.94**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Ronelle Erickson*<br>*200 N. Milwaukee Ave.*<br>*Vernon Hills, IL 60061*<br>**Date Filed: 4/22/2019**<br>**Claim Face Value: $68,802.94** | 687 | UNS | | | $68,802.94 | | |
| | | | | | $68,802.94 | | |

**H & E Equipment Services, INC**
**Case(s): 687 Clm No: 107 Clm. Amt: $31,362.75**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Mary C. Cardini*<br>*7500 Pecue ln.*<br>*Baton Rouge, LA 70809*<br>**Date Filed: 4/23/2019**<br>**Claim Face Value: $31,362.75** | 687 | UNS | | | $31,362.75 | | |
| | | | | | $31,362.75 | | |

**Sabic Americas, Inc.**
**Case(s): 687 Clm No: 108 Clm. Amt: $270,353.60**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Franziska Thalmann / Floor 5*<br>*2500 CityWest Blvd Ste 100*<br>*Houston, TX, 77042*<br>**Date Filed: 4/26/2019**<br>**Claim Face Value: $270,353.60** | 687 | 503(b)(9) | | | $44,028.60 | | |
| | 687 | UNS | | | $226,325.00 | | |
| | | | | | $270,353.60 | | |

## Associated Railroad Contractors, Inc.
### Case(s): 687 Clm No: 109 Clm. Amt: $16,989.00

*Attn: Sheila Collins*
*P.O. Box 19246*
*Louisville, KY 40259*
**Date Filed: 4/29/2019**
**Claim Face Value: $16,989.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $16,989.00 | | |
| | | | | $16,989.00 | | |

## Wingo Service Co, Inc.
### Case(s): 687 Clm No: 110 Clm. Amt: $2,605.27

*Edgar Wingo*
*11173 Cox Rd.*
*Conroe, TX 77385*
**Date Filed: 4/26/2019**
**Claim Face Value: $2,605.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $2,605.27 | | |
| | | | | $2,605.27 | | |

## Altas Copco Compressors LLV
### Case(s): 687 Clm No: 111 Clm. Amt: $5,561.27

*Attn: Norine L. Auretta*
*92 Interstate Dr.*
*West Springfield, MA 01089*
**Date Filed: 4/29/2019**
**Claim Face Value: $5,561.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $5,561.27 | | |
| | | | | $5,561.27 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Altas Copco Compressors LLV*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

## VEGA America's Inc
### Case(s): 687 Clm No: 112 Clm. Amt: $9,088.61

*Attn: Courtney Pelle*
*4241 Allendorf Drive*
*Cincinnati, OH 45209*
**Date Filed: 4/30/2019**
**Claim Face Value: $9,088.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $9,088.61 | | |
| | | | | $9,088.61 | | |

## VEGA America's Inc
### Case(s): 687 Clm No: 113 Clm. Amt: $794.55

*Attn: Courtney Pelle*
*4241 Allendorf Drive*
*Cincinnati, OH 45209*
**Date Filed: 4/30/2019**
**Claim Face Value: $794.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $794.55 | | |
| | | | | $794.55 | | |

### VEGA America's Inc
### Case(s): 687 Clm No: 114 Clm. Amt: $1,523.70

Attn: Courtney Pelle
4241 Allendorf Drive
Cincinnati, OH 45209
**Date Filed: 4/30/2019**
**Claim Face Value: $1,523.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $1,523.70 | | |
| | | | | $1,523.70 | | |

### VEGA America's Inc
### Case(s): 687 Clm No: 115 Clm. Amt: $2,796.36

Attn: Courtney Pelle
4241 Allendorf Drive
Cincinnati, OH 45209
**Date Filed: 4/30/2019**
**Claim Face Value: $2,796.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $2,796.36 | | |
| | | | | $2,796.36 | | |

### VEGA America's Inc
### Case(s): 687 Clm No: 116 Clm. Amt: $12,505.85

Attn: Courtney Pelle
4241 Allendorf Drive
Cincinnati, OH 45209
**Date Filed: 4/30/2019**
**Claim Face Value: $12,505.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $12,505.85 | | |
| | | | | $12,505.85 | | |

### Anguil Environmental Systems, Inc.
### Case(s): 687 Clm No: 117 Clm. Amt: $7,689.12

Attn: Tom Cincotta
8855 N. 55th St.
Milwaukee, WI 53223
**Date Filed: 4/30/2019**
**Claim Face Value: $7,689.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $7,689.12 | | |
| | | | | $7,689.12 | | |

### Dorsett & Jackson, Inc.
### Case(s): 687 Clm No: 118 Clm. Amt: $7,980.00

Attn: Michelle Pak
3800 Noakes Street
Los Angeles, CA 90023
**Date Filed: 4/30/2019**
**Claim Face Value: $7,980.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $7,980.00 | | |
| | | | | $7,980.00 | | |

## Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| CRG Financial LLC<br>Attn: Allison R. Axenrod<br>Re: Dorsett & Jackson, Inc.<br>100 Union Ave.<br>Cresskill, NJ 07626 | 100.00% | | Final |

## Jacobs Engineering
### Case(s): 687 Clm No: 119 Clm. Amt: $30,039.31

*Attn: Dave Wilson*
*3149 Winter Lake Road*
*P.O. Box 2008 33806*
*Lakeland, FL 33803-2008*
**Date Filed: 4/30/2019**
**Claim Face Value: $30,039.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $30,039.31 | | |
| | | | | $30,039.31 | | |

## Jacobs Engineering
### Case(s): 687 Clm No: 120 Clm. Amt: $46,543.34

*Attn: Dave Wilson*
*3149 Winter Lake Road*
*P.O. Box 2008 33806*
*Lakeland, FL 33803-2008*
**Date Filed: 4/30/2019**
**Claim Face Value: $46,543.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $46,543.34 | | |
| | | | | $46,543.34 | | |

## Jacobs Engineering
### Case(s): 687 Clm No: 121 Clm. Amt: $10,424.48

*Attn: Dave Wilson*
*3149 Winter Lake Road*
*P.O. Box 2008 33806*
*Lakeland, FL 33803-.2008*
**Date Filed: 4/30/2019**
**Claim Face Value: $10,424.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $10,424.48 | | |
| | | | | $10,424.48 | | |

## Jacobs Engineering
### Case(s): 687 Clm No: 122 Clm. Amt: $2,209.37

*Attn: Dave Wilson*
*3149 Winter Lake Road*
*P.O. Box 2008 33806*
*Lakeland, FL 33803-2008*
**Date Filed: 4/30/2019**
**Claim Face Value: $2,209.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $2,209.37 | | |
| | | | | $2,209.37 | | |

## Integrated Control Technologies, LLC
### Case(s): 687 Clm No: 123 Clm. Amt: $2,060.00

*Attn: Melinda Cox*
*440 Wrangler Drive*
*Suite 100*
*Coppell, TX 75019*
**Date Filed: 4/30/2019**
**Claim Face Value: $2,060.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $2,060.00 | | |
| | | | | $2,060.00 | | |

### Powertemp Services Inc.
**Case(s): 687 Clm No: 124 Clm. Amt: $9,958.29**

*Attn: Frank James Scearce III*
*1601 S. College Road*
*Wilmington, NC 28403*
**Date Filed: 5/1/2019**
**Claim Face Value: $9,958.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $9,958.29 | | |
| | | | | $9,958.29 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Powertemp Services Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Granite Peak Transloading LLC
**Case(s): 687 Clm No: 125 Clm. Amt: $29,227.41**

*Attn: Joshua Jamison*
*PO BOX 51661*
*CASPER, WY 82605*
**Date Filed: 5/1/2019**
**Claim Face Value: $29,227.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $25,960.90 | | |
| 687 | UNS | | | $3,266.51 | | |
| | | | | $29,227.41 | | |

### South Chicago Packing, LLC
**Case(s): 687 Clm No: 126 Clm. Amt: $146,303.74**

*Attn: Mark Shaw*
*16250 S. Vincennes Ave.*
*South Holland IL, 60473*
**Date Filed: 4/30/2019**
**Claim Face Value: $146,303.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $146,303.74 | | |
| | | | | $146,303.74 | | |

### Tennants Distribution Ltd
**Case(s): 687 Clm No: 127 Clm. Amt: $162,426.00**

*Attn: Steve Parent*
*12 Upper Belgrave Street*
*London SW1X 8BA*
*United Kingdom*
**Date Filed: 5/2/2019**
**Claim Face Value: $162,426.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $162,426.00 | | |
| | | | | $162,426.00 | | |

### ioMosaic Corporation
**Case(s): 687 Clm No: 128 Clm. Amt: $33,000.00**

*Attn: Karen DiBlasi*
*93 Stiles Rd*
*Salem, NH 03079*
**Date Filed: 5/2/2019**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $28,000.00 | | |
| 687 | UNS | | | $5,000.00 | | |
| | | | | $33,000.00 | | |

### Custom Air Products & Services, Inc
### Case(s): 687 Clm No: 129 Clm. Amt: $22,731.81

*Attn: Erin Hale*
*35 Southbelt Industrial Dr.*
*Houston, TX 77047*
**Date Filed: 5/2/2019**
**Claim Face Value: $22,731.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $22,731.81 | | |
| | | | | $22,731.81 | | |

### Fair Harbor Capital LLC as Assig of Bishop Lifting Products
### Case(s): 687 Clm No: 130 Clm. Amt: $1,730.13

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 5/2/2019**
**Claim Face Value: $1,730.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,730.13 | | |
| | | | | $1,730.13 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital LLC*<br>*As Assignee of Bishop Lifting Products Inc.*<br>*Attn: Victor Knox*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | 1,730.13 | Final |

### Fair Harbor Capital LLC as assgn of Controls (&) Weighing Systems Inc.
### Case(s): 687 Clm No: 131 Clm. Amt: $1,618.00

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 5/2/2019**
**Claim Face Value: $1,618.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,618.00 | | |
| | | | | $1,618.00 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Controls (&) Weighing Systems Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

**Fair Harbor Capital LLC as assgn of Southwest Spectro Chem Labs**
**Case(s): 687 Clm No: 132 Clm. Amt: $2,697.00**

*Attn: Victor Knox*
*PO box 237037*
*New York, NY 10023*
**Date Filed: 5/2/2019**
**Claim Face Value: $2,697.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $2,697.00 | | |
| | | | | $2,697.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Southwest Spectro Chem Labs*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

**Fair Harbor Capital as Assign of DXI Industries**
**Case(s): 687 Clm No: 133 Clm. Amt: $5,275.39**

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 5/2/2019**
**Orig. Date Filed: 5/2/2019**
**Amending Clm #: 2**
**Claim Face Value: $5,275.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $1,269.49 | | |
| 687 | UNS | | | $4,005.90 | | |
| | | | | $5,275.39 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: DXI Industries Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

**Brewster County Tax Office**
**Case(s): 687 Clm No: 134 Clm. Amt: $61.41**

*Attn: Laura J. Monroe*
*P.O. Box 817*
*Lubbock, TX 79408*
**Date Filed: 5/2/2019**
**Claim Face Value: $61.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $61.41 | | |
| | | | | $61.41 | | |

**Borealis Agrolinz Melamine Deutschland GmbH Borealis Polymers N.V**
**Case(s): 687 Clm No: 135 Clm. Amt: $312,170.00**

*Attn: Nancy Goris*
*Schalienhoevedreef 20G*
*2800 Mechelen*
*Belgium*
**Date Filed: 5/3/2019**
**Claim Face Value: $312,170.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $312,170.00 | | |
| | | | | $312,170.00 | | |

### Concur Technologies, Inc.
**Case(s): 687 Clm No: 136 Clm. Amt: $43,220.27**

*Attn: Traci Cowles*
*601 108th Avenue NE, Suite 1000*
*Bellevue, WA 98004*
**Date Filed: 5/3/2019**
**Claim Face Value: $43,220.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $43,220.27 | | |
| | | | | $43,220.27 | | |

### Network Cabling Services
**Case(s): 687 Clm No: 137 Clm. Amt: $4,412.25**

*Attn: Natica Dickman*
*12626 Fuqua St*
*Houston, TX 77034*
**Date Filed: 5/3/2019**
**Claim Face Value: $4,412.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $4,412.25 | | |
| | | | | $4,412.25 | | |

### Motion Industries, Inc.
**Case(s): 687 Clm No: 138 Clm. Amt: $123,672.13**

*P.O. Box 1477*
*Birmingham, AL 35201*
**Date Filed: 4/16/2019**
**Claim Face Value: $123,672.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $123,672.13 | | |
| | | | | $123,672.13 | | |

### Industrial Container Services, LLC
**Case(s): 687 Clm No: 139 Clm. Amt: $112,126.60**

*Attn: Melvin Perrier*
*2600 Maitland Center Pkwy*
*Suite 200*
*Maitland, FL 32751*
**Date Filed: 5/6/2019**
**Claim Face Value: $112,126.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $112,126.60 | | |
| | | | | $112,126.60 | | |

### Prime Occupational Medicine
**Case(s): 687 Clm No: 140 Clm. Amt: $317.00**

*Attn: Sharon Pan*
*15481 Airline Hwy*
*Baton Rouge, LA 70817*
**Date Filed: 5/6/2019**
**Amended By Clm #: 141**
**Claim Face Value: $317.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $217.00 | | |
| 687 | UNS | | | $100.00 | | |
| | | | | $317.00 | | |

### Prime Occupational Medicine
**Case(s): 687 Clm No: 141 Clm. Amt: $317.00**

*Attn: Sharon Pan*
*15481 Airline Hwy*
*Baton Rouge, LA 70817*
**Date Filed: 5/6/2019**
**Orig. Date Filed: 5/6/2019**
**Amending Clm #: 140**
**Claim Face Value: $317.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $217.00 | | |
| 687 | UNS | | | $100.00 | | |
| | | | | $317.00 | | |

### Newell Electric LLC
**Case(s): 687 Clm No: 142 Clm. Amt: $3,148.82**

*Attn: Rama Rea Newell*
*790 30th Ave - H1 & H2*
*Springfield, OR 97478*
**Date Filed: 5/2/2019**
**Claim Face Value: $3,148.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $3,148.82 | | |
| | | | | $3,148.82 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station Ansonia Finance Station*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### The Chemical Company
**Case(s): 687 Clm No: 143 Clm. Amt: $26,864.40**

*Attn: Robert N. Roach Jr.*
*44 Southwest Avenue*
*Jamestown, RI 02835*
**Date Filed: 4/8/2019**
**Claim Face Value: $26,864.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $26,864.40 | | |
| | | | | $26,864.40 | | |

### BCC Distribution, Inc.
**Case(s): 687 Clm No: 144 Clm. Amt: $9,367.92**

*Attn: Karen Delgado*
*7529 Baron Drive*
*Canton, MI 48187*
**Date Filed: 4/15/2019**
**Claim Face Value: $9,367.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $9,367.92 | | |
| | | | | $9,367.92 | | |

### Burke Cleaning Service, LLC
**Case(s): 687 Clm No: 145 Clm. Amt: $5,372.95**

*Attn: Mather D. Monroe*
*1426 Meadow Lane*
*Morganton, NC 28655*
**Date Filed: 4/22/2019**
**Claim Face Value: $5,372.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $5,372.95 | | |
| | | | | $5,372.95 | | |

## McMaster-Carr Supply Company
### Case(s): 687 Clm No: 146 Clm. Amt: $16,847.62

*Attn: Todd Auldridge*
*1901 Riverside Parkway*
*Douglas, GA 30135*
**Date Filed: 4/23/2019**
**Claim Face Value: $16,847.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $16,847.62 | | |
| | | | | $16,847.62 | | |

## Tracerco
### Case(s): 687 Clm No: 147 Clm. Amt: $9,732.00

*Attn: Mark Wood*
*4106 New West Drive*
*Pasadena, TX 77507*
**Date Filed: 5/2/2019**
**Claim Face Value: $9,732.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $9,732.00 | | |
| | | | | $9,732.00 | | |

## Northstar Chemical, Inc
### Case(s): 687 Clm No: 148 Clm. Amt: $192,888.02

*Attn: Suzanne Bell*
*14200 SW Tualatin Sherwood Road*
*Sherwood, OR 97140*
**Date Filed: 5/6/2019**
**Claim Face Value: $192,888.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $192,888.02 | | |
| | | | | $192,888.02 | | |

## Domall Designs LLC
### Case(s): 687 Clm No: 149 Clm. Amt: $555.00

*Attn: Donald L Washburn*
*8022 Macleay Rd. SE*
*Salem, OR 97317*
**Date Filed: 5/6/2019**
**Claim Face Value: $555.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $555.00 | | |
| | | | | $555.00 | | |

## Banner Technology, Inc. d.b.a. ChemOrganics
### Case(s): 687 Clm No: 150 Clm. Amt: $17,685.54

*Attn: Sachin Tipnis*
*959 Pleasantville Drive*
*Houston, TX 77029*
**Date Filed: 5/7/2019**
**Claim Face Value: $17,685.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | UNS | | | $17,685.54 | | |
| | | | | $17,685.54 | | |

## Specialty Crate and Pallet, Inc.
### Case(s): 687 Clm No: 151 Clm. Amt: $1,256.25

*Attn: Michele Walter*
*41 N. Danebo Avenue*
*Eugene, OR 97402*
**Date Filed: 5/7/2019**
**Claim Face Value: $1,256.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 687 | 503(b)(9) | | | $1,256.25 | | |
| | | | | $1,256.25 | | |

## American Wood Fibers, Inc.
### Case(s): 687 Clm No: 152 Clm. Amt: $1,307.20

*Attn: Patricia King*
*P.O. Box 468*
*Schofield, WI 54476*
**Date Filed: 5/7/2019**
**Claim Face Value: $1,307.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,307.20 | | |
| | | | | $1,307.20 | | |

## Fraisier, Edward
### Case(s): 687 Clm No: 153 Clm. Amt:

*Address Redacted*
**Date Filed: 5/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | Unknown | Y | |

## Richard and Carolyn Edwards
### Case(s): 687 Clm No: 154 Clm. Amt:

*Address Redacted*
**Date Filed: 5/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | Unknown | Y | |

## Fort Bend County
### Case(s): 687 Clm No: 155 Clm. Amt: $30,663.55

*c/o Linebarger Goggan Blair & Sampson, LLP*
*Attn: John P. Dillman*
*P O Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 5/6/2019**
**Claim Face Value: $30,663.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $30,663.55 | | |
| | | | | $30,663.55 | | |

## Fort Bend Co WCID # 02
### Case(s): 687 Clm No: 156 Clm. Amt: $3,448.88

*c/o Linebarger Goggan Blair & Sampson, LLP*
*Attn: John P. Dillman*
*P O Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 5/6/2019**
**Claim Face Value: $3,448.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $3,448.88 | | |
| | | | | $3,448.88 | | |

## Harris County, et al
### Case(s): 687 Clm No: 157 Clm. Amt: $1,044,798.17

*c/o Linebarger Goggan Blair & Sampson, LLP*
*Attn: John P. Dillman*
*P O Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 5/6/2019**
**Claim Face Value: $1,044,798.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $1,044,798.17 | | |
| | | | | $1,044,798.17 | | |

## Angelina County
**Case(s): 687 Clm No: 158 Clm. Amt: $375,691.70**

c/o Linebarger Goggan Blair & Sampson, LLP
*Attn: John P. Dillman*
*P O Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 5/6/2019**
**Claim Face Value: $375,691.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $375,691.70 | | |
| | | | | $375,691.70 | | |

## Airgas USA, LLC
**Case(s): 687 Clm No: 159 Clm. Amt: $47.52**

*Attn: Carrie Dodson*
*110 West 7th St. Suite 1400*
*Tulsa, OK 74119*
**Date Filed: 5/6/2019**
**Claim Face Value: $47.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $47.52 | | |
| | | | | $47.52 | | |

## Arizona Department of Revenue
**Case(s): 687 Clm No: 160 Clm. Amt: $662.00**

*Office of the Arizona Attorney General*
*c/o Tax, Bankruptcy and Collection Sct*
*2005 N Central Ave, Ste 100*
*Phoenix, AZ 85004*
**Date Filed: 5/8/2019**
**Claim Face Value: $662.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $662.00 | | |
| | | | | $662.00 | | |

## Fair Harbor Capital LLC as assgn of Petroleum Services (PSI)
**Case(s): 687 Clm No: 161 Clm. Amt: $1,659.00**

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 5/8/2019**
**Claim Face Value: $1,659.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $1,019.00 | | |
| 687 | UNS | | | $640.00 | | |
| | | | | $1,659.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Petroleum Services Inc. (PSI)*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

## Lubbock Central Appraisal District
**Case(s): 687 Clm No: 162 Clm. Amt: $11,030.28**

*c/o Perdue,Brandon, Fielder, Collins & Mott, L.L.P.*
*Attn: Laura J. Monroe*
*P.O. Box 817*
*Lubbock, TX 79408*
**Date Filed: 5/2/2019**
**Claim Face Value: $11,030.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $11,030.28 | | |
| | | | | $11,030.28 | | |

## Chletcos/Gallagher, Inc.
### Case(s): 687 Clm No: 163 Clm. Amt: $15,696.00

c/o CLD Marcomm LLC
*Attn: Lisa Chletcos*
*121 West 27th st, STE 1102*
*New York, NY 10001*
**Date Filed: 5/2/2019**
**Claim Face Value: $15,696.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $15,696.00 | | |
| | | | | $15,696.00 | | |

## Computer Enterprises, Inc.
### Case(s): 687 Clm No: 164 Clm. Amt: $24,084.73

*Attn: Patrick Gallagher*
*1000 Omega Dr, Ste 1150*
*Pittsburgh, PA 15205*
**Date Filed: 5/8/2019**
**Claim Face Value: $24,084.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $24,084.73 | | |
| | | | | $24,084.73 | | |

## Landstar Global Logistics Inc.
### Case(s): 687 Clm No: 165 Clm. Amt: $6,363.00

*Attn: Dawn Bowers*
*13410 Sutton Park Dr. S*
*Jacksonville, FL 32224*
**Date Filed: 5/2/2019**
**Claim Face Value: $6,363.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,363.00 | | |
| | | | | $6,363.00 | | |

## Cascade Earth Sciences
### Case(s): 687 Clm No: 166 Clm. Amt: $19,328.23

*Attn: Dayla D Rabe*
*3511 Pacific Blvd SW*
*Albany, OR 97321*
**Date Filed: 5/8/2019**
**Claim Face Value: $19,328.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $5,490.18 | | |
| 687 | UNS | | | $13,838.05 | | |
| | | | | $19,328.23 | | |

## Logica LLC
### Case(s): 687 Clm No: 167 Clm. Amt: $3,675.00

*Attn: Stephen McIntosh*
*P.O. Box 91*
*Columbus, OH 43216*
**Date Filed: 5/9/2019**
**Claim Face Value: $3,675.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $3,675.00 | | |
| | | | | $3,675.00 | | |

## SAMS Air Conditioning Maintenance Service. Inc.
### Case(s): 687 Clm No: 168 Clm. Amt: $197,046.33

*Attn: Alexandra Netherland*
*6141 Masonic Dr*
*Alexandria, LA 71301*
**Date Filed: 5/9/2019**
**Claim Face Value: $197,046.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $197,046.33 | | |
| | | | | $197,046.33 | | |

**Brenntag Great Lakes LLC**
**Case(s): 687 Clm No: 169 Clm. Amt: $42,264.25**

*c/o Brenntag North America, Inc.*
*Attn: BNA Credit*
*5083 Pottsville Pike*
*Reading PA 19605*
**Date Filed: 5/10/2019**
**Claim Face Value: $42,264.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $19,243.20 | | |
| 687 | UNS | | | $23,021.05 | | |
| | | | | $42,264.25 | | |

**Brenntag Pacific, Inc.**
**Case(s): 687 Clm No: 170 Clm. Amt: $50,069.80**

*c/o Brenntag North America, Inc.*
*Attn: Deborah R. Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/10/2019**
**Claim Face Value: $50,069.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $16,653.22 | | |
| 687 | UNS | | | $33,416.58 | | |
| | | | | $50,069.80 | | |

**Brenntag Southwest, Inc.**
**Case(s): 687 Clm No: 171 Clm. Amt: $33,619.14**

*c/o Brenntag North America, Inc.*
*Attn: Deborah R. Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/10/2019**
**Claim Face Value: $33,619.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $3,080.22 | | |
| 687 | UNS | | | $30,538.92 | | |
| | | | | $33,619.14 | | |

**Brenntag Northeast, LLC**
**Case(s): 687 Clm No: 172 Clm. Amt: $12,722.40**

*c/o Brenntag North America, Inc.*
*Attn: Deborah R. Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/10/2019**
**Claim Face Value: $12,722.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $12,722.40 | | |
| | | | | $12,722.40 | | |

**Brenntag Mid-South, Inc.**
**Case(s): 687 Clm No: 173 Clm. Amt: $37,984.94**

*Attn: Deborah Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/10/2019**
**Amended By Clm #: 182**
**Claim Face Value: $37,984.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $16,919.00 | | |
| 687 | UNS | | | $21,065.94 | | |
| | | | | $37,984.94 | | |

## Coastal Chemical Co., LLC
### Case(s): 687 Clm No: 174 Clm. Amt: $36,984.19

c/o Brenntag North America, Inc.
Attn: Deborah R. Seifter
5083 Pottsville Pike
Reading, PA 19605
**Date Filed: 5/10/2019**
**Claim Face Value: $36,984.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $36,984.19 | | |
| | | | | $36,984.19 | | |

## J.A.M. Distributing Company
### Case(s): 687 Clm No: 175 Clm. Amt: $21,068.10

c/o Brenntag North America, Inc.
Attn: Deborah R. Seifter
5083 Pottsville Pike
Reading, PA 19605
**Date Filed: 5/10/2019**
**Claim Face Value: $21,068.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $9,582.15 | | |
| 687 | UNS | | | $11,485.95 | | |
| | | | | $21,068.10 | | |

## Brenntag Specialties, Inc.
### Case(s): 687 Clm No: 176 Clm. Amt: $7,720.00

c/o Brenntag North America, Inc.
Attn: Deborah R. Seifter
5083 Pottsville Pike
Reading, PA 19605
**Date Filed: 5/10/2019**
**Claim Face Value: $7,720.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $7,720.00 | | |
| | | | | $7,720.00 | | |

## Brenntag Canada Inc.
### Case(s): 687 Clm No: 177 Clm. Amt: $15,455.21

c/o Brenntag North America, Inc.
Attn: Deborah R. Seifter
5083 Pottsville Pike
Reading, PA 19605
**Date Filed: 5/10/2019**
**Amended By Clm #: 188**
**Claim Face Value: $15,455.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $7,782.21 | | |
| 687 | UNS | | | $7,673.00 | | |
| | | | | $15,455.21 | | |

## BFRW Inc
### Case(s): 687 Clm No: 178 Clm. Amt: $1,808.16

DBA Fayetteville Footwear
Attn: Lauren Bowen
127 Patternote Cove Lane
Mooresville, NC 28117
**Date Filed: 5/10/2019**
**Claim Face Value: $1,808.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $492.48 | | |
| 687 | UNS | | | $1,315.68 | | |
| | | | | $1,808.16 | | |

**Fair Harbor Capital LLC (Recon Management Services Inc.)**
**Case(s): 687 Clm No: 179 Clm. Amt: $29,387.35**

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 5/13/2019**
**Claim Face Value: $29,387.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $29,387.35 | | |
| | | | | $29,387.35 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Recon Management Services Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

**Sharpe Mixers, Inc.**
**Case(s): 687 Clm No: 180 Clm. Amt: $19,855.25**

*Attn: Augusto Britto*
*1541 S 92nd Place*
*Seattle, WA 98108*
**Date Filed: 5/15/2019**
**Claim Face Value: $19,855.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $19,855.25 | | |
| | | | | $19,855.25 | | |

**Sharpe Mixers, Inc**
**Case(s): 687 Clm No: 181 Clm. Amt: $1,800.00**

*Attn: Augusto Britto*
*1541 S 92nd Place*
*Seattle, WA 98108*
**Date Filed: 5/15/2019**
**Claim Face Value: $1,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,800.00 | | |
| | | | | $1,800.00 | | |

**Brenntag Mid-South, Inc.**
**Case(s): 687 Clm No: 182 Clm. Amt: $95,307.93**

*Attn: Deborah Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/16/2019**
**Orig. Date Filed: 5/10/2019**
**Amending Clm #: 173**
**Claim Face Value: $95,307.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $31,599.24 | | |
| 687 | UNS | | | $63,708.69 | | |
| | | | | $95,307.93 | | |

**Debra Carter**
**Case(s): 687 Clm No: 183 Clm. Amt: $750.00**

*5165 Forest Grove Dr.*
*Trinity, NC 27370*
**Date Filed: 5/16/2019**
**Claim Face Value: $750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $750.00 | | |
| | | | | $750.00 | | |

### Debra Carter
**Case(s): 687 Clm No: 184 Clm. Amt: $750.00**

5165 Forest Grove Dr.
Trinity, NC 27370
**Date Filed: 5/16/2019**
**Claim Face Value: $750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $750.00 | | |
| | | | | $750.00 | | |

### Fair Harbor Capital LLC, assign of Alaark Tooling Automation
**Case(s): 687 Clm No: 185 Clm. Amt: $1,950.40**

Attn: Victor Knox
PO Box 237037
New York, NY 10023
**Date Filed: 5/16/2019**
**Claim Face Value: $1,950.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,950.40 | | |
| | | | | $1,950.40 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Alaark Tooling Automation Inc.<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Apquip Company, Inc.
**Case(s): 687 Clm No: 186 Clm. Amt: $7,204.79**

Attn: Steve Radowicz
5 Harris Court, Unit Q
Monterey, CA 93940
**Date Filed: 5/16/2019**
**Claim Face Value: $7,204.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $7,204.79 | | |
| | | | | $7,204.79 | | |

### Apquip Company, Inc.
**Case(s): 687 Clm No: 187 Clm. Amt: $53.93**

Attn: Steve Radowicz
5 Harris Court, Unit Q
Monterey, CA 93940
**Date Filed: 5/16/2019**
**Claim Face Value: $53.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $53.93 | | |
| | | | | $53.93 | | |

### Brenntag Canada Inc.
**Case(s): 687 Clm No: 188 Clm. Amt: $15,355.21**

c/o Brenntag North America, Inc.
Attn: Deborah R. Seifter
5083 Pottsville Pike
Reading, PA 19605
**Date Filed: 5/16/2019**
**Orig. Date Filed: 5/10/2019**
**Amending Clm #: 177**
**Claim Face Value: $15,355.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $7,782.21 | | |
| 687 | UNS | | | $7,573.00 | | |
| | | | | $15,355.21 | | |

**Lucite International Inc.**
**Case(s): 687 Clm No: 189 Clm. Amt: $6,538.00**

*Attn: Frank Allen Pitt III*
*7275 Goodlett Farms Pkwy*
*Cordova, TN 38016*
**Date Filed: 5/16/2019**
**Claim Face Value: $6,538.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,538.00 | | |
| | | | | $6,538.00 | | |

**Fair Harbor Capital as assign of Omlid Swinney Inc.**
**Case(s): 687 Clm No: 190 Clm. Amt: $2,959.50**

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 5/16/2019**
**Claim Face Value: $2,959.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $2,959.50 | | |
| | | | | $2,959.50 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Omlid Swinney Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

**Fahrenheit IT, Inc**
**Case(s): 687 Clm No: 191 Clm. Amt: $32,004.50**

*P.O. Box 540003*
*Atlanta, GA 30353-0003*
**Date Filed: 5/17/2019**
**Claim Face Value: $32,004.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $32,004.50 | | |
| | | | | $32,004.50 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *CRG Financial LLC*<br>*Attn: Allison R. Axenrod*<br>*Re: Fahrenheit IT, Inc*<br>*100 Union Ave.*<br>*Cresskill, NJ 07626* | 100.00% | | Final |

**Atrilogy Solutions Group, Inc.**
**Case(s): 687 Clm No: 192 Clm. Amt: $98,204.53**

*Attn: Doug Lins*
*9085 E Mineral Circ, Suite 340*
*Centennial, CO 80112*
**Date Filed: 5/17/2019**
**Claim Face Value: $98,204.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $98,204.53 | | |
| | | | | $98,204.53 | | |

### Dave Marshall
### Case(s): 687 Clm No: 193 Clm. Amt: $1,450.00

4001 Gleneagles Ct
Midland, TX 79707
**Date Filed: 5/20/2019**
**Claim Face Value: $1,450.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $1,450.00 | | |
| | | | | $1,450.00 | | |

### Columbia Pipe & SUpply Co.
### Case(s): 687 Clm No: 194 Clm. Amt: $9,635.46

Attn: James Welser
1803 Moen Avenue
Rockdale, IL 60436
**Date Filed: 5/20/2019**
**Claim Face Value: $9,635.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $3,636.34 | | |
| 687 | PRI | | | $3,636.34 | | |
| 687 | UNS | | | $2,362.78 | | |
| | | | | $9,635.46 | | |

### Fair harbor Capitla, LLC as assg of Scott Construction Equip
### Case(s): 687 Clm No: 195 Clm. Amt: $2,293.54

Attn: Victor Knox
PO Box 237037
New York, NY 10023
**Date Filed: 5/20/2019**
**Claim Face Value: $2,293.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $2,293.54 | | |
| | | | | $2,293.54 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC
Ansonia Finance Station
Attn: Fredric Glass
Re: Scott Construction Equipment
P.O. Box 237037
New York, NY 10023 | 100.00% | | Final |

### Sigma - Aldrich, Inc
### Case(s): 687 Clm No: 196 Clm. Amt: $5,084.37

Attn: Toni Turner
3050 Spruce Street
St.Louis, MO 31103
**Date Filed: 5/13/2019**
**Claim Face Value: $5,084.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $5,084.37 | | |
| | | | | $5,084.37 | | |

### Carrollton-Farmers Branch Independent School District
**Case(s): 687 Clm No: 197 Clm. Amt: $624.50**

c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
*Attn: Eboney Cobb*
*500 East Border St., Ste. 640*
*Arlington, TX 76010*
**Date Filed: 5/20/2019**
**Claim Face Value: $624.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $624.50 | | |
| | | | | $624.50 | | |

### HOYER Global (USA), Inc.
**Case(s): 687 Clm No: 198 Clm. Amt: $13,605.00**

*Attn: Michael D. Teal*
*2211 Space Park Dr*
*Suite 200*
*Houston, TX 77058*
**Date Filed: 5/21/2019**
**Claim Face Value: $13,605.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $13,605.00 | | |
| | | | | $13,605.00 | | |

### Valwood Improvement Authority
**Case(s): 687 Clm No: 199 Clm. Amt: $91.17**

c/o Perdue Brandon Fielder Et Al
*Attn: Eboney Cobb*
*500 East Border St., Ste. 640*
*Arlington, TX 76010*
**Date Filed: 5/20/2019**
**Claim Face Value: $91.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $91.17 | | |
| | | | | $91.17 | | |

### Louisiana Department of Revenue
**Case(s): 687 Clm No: 200 Clm. Amt: $72,000.00**

*Attn: Danice Sims*
*P.O. Box 66658*
*Baton Rouge, LA 70896-6658*
**Date Filed: 5/20/2019**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $72,000.00 | | |
| | | | | $72,000.00 | | |

### Universal Plant Services
**Case(s): 687 Clm No: 201 Clm. Amt: $17,386.32**

*806 Seaco Court*
*Deer Park, TX 77536*
**Date Filed: 5/22/2019**
**Claim Face Value: $5,795.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $5,795.44 | | |
| 687 | PRI | | | $5,795.44 | | |
| 687 | SEC | | | Unknown | Y | |
| 687 | UNS | | | $5,795.44 | | |
| | | | | $17,386.32 | | |

### Fair Harbor Capital assgn of Maassen Oil Co
### Case(s): 687 Clm No: 202 Clm. Amt: $3,773.46

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 5/23/2019**
**Claim Face Value: $3,773.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $3,773.46 | | |
| | | | | $3,773.46 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Maassen Oil Company Inc.*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Fair Harbor Capital LLC assgn Independent Enviromental Solutions (aka IES)
### Case(s): 687 Clm No: 203 Clm. Amt: $56,920.00

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 5/23/2019**
**Claim Face Value: $56,920.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $56,920.00 | | |
| | | | | $56,920.00 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Independent Enviromental Solutions (aka IES)*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Mediterranean Shipping Co. (USA) Inc.
### Case(s): 687 Clm No: 204 Clm. Amt: $10,821.66

*Attn: Bryan D. Press*
*61 Broadway, Suite 905*
*New York, NY 10006*
**Date Filed: 5/23/2019**
**Claim Face Value: $10,821.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $10,821.66 | | |
| | | | | $10,821.66 | | |

### Jerry D. Kurinsky
### Case(s): 687 Clm No: 205 Clm. Amt: $500,000.00

*Address Redacted*
**Date Filed: 5/23/2019**
**Claim Face Value: $500,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $500,000.00 | | |
| | | | | $500,000.00 | | |

## Mediterranean Shipping Co. (USA) Inc.
### Case(s): 687 Clm No: 206 Clm. Amt: $10,240.46

*Attn: Bryan D. Press*
*61 Broadway, Suite 905*
*New York, NY 10006*
**Date Filed: 5/23/2019**
**Claim Face Value: $10,240.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $10,240.46 | | |
| | | | | $10,240.46 | | |

## Henderson Services
### Case(s): 687 Clm No: 207 Clm. Amt: $18,590.00

*Attn: Julie Dean*
*4502 Poplar Level Road*
*Louisville, KY 40213*
**Date Filed: 5/28/2019**
**Claim Face Value: $18,590.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $18,590.00 | | |
| | | | | $18,590.00 | | |

## Porter Hedges LLP
### Case(s): 687 Clm No: 208 Clm. Amt: $54,786.96

*Attn: Stephen H. Lee*
*1000 Main Street, 36th Floor*
*Houston, TX 77002*
**Date Filed: 5/22/2019**
**Claim Face Value: $54,786.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $54,786.96 | | |
| | | | | $54,786.96 | | |

## Troy Boiler Works Inc.
### Case(s): 687 Clm No: 209 Clm. Amt: $715.10

*Attn: Richard Okonski*
*2800-7th. Ave.*
*Troy, NY 12180*
**Date Filed: 5/29/2019**
**Claim Face Value: $715.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $715.10 | | |
| | | | | $715.10 | | |

## Barzano' & Zanardo Roma S.P.A.
### Case(s): 687 Clm No: 210 Clm. Amt: $183.43

*Attn: Fausto Colella*
*26 Via Piemonte*
*Rome, IT 00187*
*Italy*
**Date Filed: 5/28/2019**
**Claim Face Value: $183.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $183.43 | | |
| | | | | $183.43 | | |

## Callisto Integration, Inc.
### Case(s): 687 Clm No: 211 Clm. Amt: $88,024.98

*Attn: Jeaneen K Evans*
*3939 Old Salem Rd, Suite 100*
*Albany, OR 97321*
**Date Filed: 5/31/2019**
**Claim Face Value: $88,024.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $88,024.98 | | |
| | | | | $88,024.98 | | |

### Arkansas Department of Finance & Administration
### Case(s): 687 Clm No: 212 Clm. Amt: $57.00

*Legal Counsel Room 2380*
*P O Box 1272*
*Little Rock, AR 72203*
**Date Filed: 5/31/2019**
**Claim Face Value: $57.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $48.00 | | |
| 687 | UNS | | | $9.00 | | |
| | | | | $57.00 | | |

### E. R. Carpenter, L.P.
### Case(s): 687 Clm No: 213 Clm. Amt: $10,005.00

*Attn: David Lynch Sayre*
*5016 Monument Ave*
*Richmond, VA 23230*
**Date Filed: 5/31/2019**
**Claim Face Value: $10,005.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $10,005.00 | | |
| | | | | $10,005.00 | | |

### Advanced Mechanical Inc.
### Case(s): 687 Clm No: 214 Clm. Amt: $1,559.23

*Attn: Patricia Schilling*
*PO Box 397*
*Brownsville, OR 97327*
**Date Filed: 5/31/2019**
**Claim Face Value: $1,559.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $1,559.23 | | |
| | | | | $1,559.23 | | |

### Dutch Polymer Solutions International BV DPS International
### Case(s): 687 Clm No: 215 Clm. Amt: $42,723.21

*Maalsteen 1*
*4901 ZZ*
*Oosterhout, Noord Brabant*
*The Netherlands*
**Date Filed: 6/3/2019**
**Claim Face Value: $42,723.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $42,723.21 | | |
| | | | | $42,723.21 | | |

### DPS USA LLC
### Case(s): 687 Clm No: 216 Clm. Amt: $11,085.36

*Attn: Claudia Hinten*
*24549 Detroit Rd.*
*Westlake, OH 44145*
**Date Filed: 6/3/2019**
**Claim Face Value: $11,085.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $11,085.36 | | |
| | | | | $11,085.36 | | |

### Fair Harbor Cpaitla LLC assign of Alchemix-Nitro Chemical
### Case(s): 687 Clm No: 217 Clm. Amt: $15,823.08

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 6/3/2019**
**Claim Face Value: $15,823.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $15,823.08 | | |
| | | | | $15,823.08 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Alchemix-Nitro Chemical*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Fair Harbor Capital LLC asssign of Houma / Ward
### Case(s): 687 Clm No: 218 Clm. Amt: $1,581.50

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 6/3/2019**
**Claim Face Value: $1,581.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,581.50 | | |
| | | | | $1,581.50 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Houma Armature Works Supply LLC (aka Ward Leonard)*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Fair Harbor Capital LLC assign of Midwest Salt
### Case(s): 687 Clm No: 219 Clm. Amt: $6,286.99

*Attn: Victor Knox*
*PO Box 237037*
*New York, NY 10023*
**Date Filed: 6/3/2019**
**Claim Face Value: $6,286.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,286.99 | | |
| | | | | $6,286.99 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Midwest Salt*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### F.W. Webb
**Case(s): 687 Clm No: 220 Clm. Amt: $8,348.31**

*Attn: Douglas Drake*
*160 Middlesex Turnpike*
*Bedford, MA 01730*
**Date Filed: 6/3/2019**
**Claim Face Value: $8,348.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $122.76 | | |
| 687 | UNS | | | $8,225.55 | | |
| | | | | $8,348.31 | | |

### Fluid Flow Products Inc.
**Case(s): 687 Clm No: 221 Clm. Amt: $5,580.64**

*Attn: David Bower*
*2108 Crown View Dr.*
*Charlotte, NC 28227*
**Date Filed: 6/3/2019**
**Claim Face Value: $5,580.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $5,580.64 | | |
| | | | | $5,580.64 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Team Technical
**Case(s): 687 Clm No: 222 Clm. Amt: $225.57**

*Attn: David Bower*
*2108 Crown View Dr.*
*Charlotte, NC 28227*
**Date Filed: 6/3/2019**
**Claim Face Value: $225.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | UNS | | | $225.57 | | |
| | | | | $225.57 | | |

### Mississippi Department of Revenue
**Case(s): 687 Clm No: 223 Clm. Amt: $300.00**

*Bankruptcy Section*
*Attn: Nikeshia Agee*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 6/3/2019**
**Claim Face Value: $300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | PRI | | | $300.00 | | |
| | | | | $300.00 | | |

### Two Rivers Terminal, LLC
**Case(s): 687 Clm No: 224 Clm. Amt: $382,473.80**

*Attn: Michael J. Meade*
*P.O. Box 475*
*Rupert, ID 83350*
**Date Filed: 6/4/2019**
**Claim Face Value: $382,473.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $161,087.40 | | |
| 687 | UNS | | | $221,386.40 | | |
| | | | | $382,473.80 | | |

### Kentucky Department of Revenue
### Case(s): 687 Clm No: 225 Clm. Amt: $26,915.06

*Legal Support Branch*
*Attn: Leanne C. Warren*
*P.O. Box 5222*
*Frankfort, KY 40602*
**Date Filed: 6/5/2019**
**Claim Face Value: $26,915.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $25,891.20 | | |
| 687 | UNS | | | $1,023.86 | | |
| | | | | $26,915.06 | | |

### Alliance Solutions Group of Oregon, LLC
### Case(s): 687 Clm No: 226 Clm. Amt: $8,313.49

*Attn: Sarah Cammock*
*6161 Oak Tree Blvd, Suite 300*
*Independence, OH 44131*
**Date Filed: 6/6/2019**
**Claim Face Value: $8,313.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $8,313.49 | | |
| | | | | $8,313.49 | | |

### Euler Hermes N. A. Insurance Co. Agent of American Casein Company
### Case(s): 687 Clm No: 227 Clm. Amt: $81,315.27

*800 Red Brook Blvd.*
*Owings Mills, MD 21117*
**Date Filed: 5/31/2019**
**Claim Face Value: $81,315.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $81,315.27 | | |
| | | | | $81,315.27 | | |

### Houston Regional Monitoring Corporation
### Case(s): 687 Clm No: 228 Clm. Amt: $8,050.00

*c/o Amandes PLLC*
*Attn: Christopher B. Amandes*
*1414 West Clay Street*
*Houston, TX 77019*
**Date Filed: 6/7/2019**
**Claim Face Value: $8,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $8,050.00 | | |
| | | | | $8,050.00 | | |

### Domino Foods, Inc., Agent
### Case(s): 687 Clm No: 229 Clm. Amt: $25,466.12

*c/o ASR Legal Department*
*1 North Clematis, Suite 200*
*West Palm Beach, FL 33401*
**Date Filed: 6/7/2019**
**Claim Face Value: $25,466.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $25,466.12 | | |
| | | | | $25,466.12 | | |

### PolSys Services, Inc.
### Case(s): 687 Clm No: 230 Clm. Amt: $2,317.50

*Attn: Jaime Barajas*
*2170 Buckthorne Place, 165*
*The Woodlands, TX 77380*
**Date Filed: 6/11/2019**
**Claim Face Value: $2,317.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $2,317.50 | | |
| | | | | $2,317.50 | | |

## Cintas
### Case(s): 687 Clm No: 231 Clm. Amt: $2,625.13

Attn: Guy Girouard
611 E Sam Houston Pkwy S, Suite 100
Pasadena, TX 77503
**Date Filed: 6/11/2019**
**Claim Face Value: $2,625.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $2,625.13 | | |
| | | | | $2,625.13 | | |

## SGS North America, Inc
### Case(s): 687 Clm No: 232 Clm. Amt: $7,166.65

Accounts Recievable
Attn: Courtney Gatlin
P.O. Box 3517
Baton Rouge, LA 70821
**Date Filed: 6/11/2019**
**Claim Face Value: $7,166.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $7,166.65 | | |
| | | | | $7,166.65 | | |

## North Coast Electric Company
### Case(s): 687 Clm No: 233 Clm. Amt: $6,617.93

c/o Hershner Hunter, LLP
Attn: Garrett S. Ledgerwood
P.O. Box 1475
Eugene, OR 97440
**Date Filed: 6/11/2019**
**Claim Face Value: $6,617.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $6,617.93 | | |
| | | | | $6,617.93 | | |

## SIRVA Relocation LLC
### Case(s): 687 Clm No: 234 Clm. Amt: $17,375.77

Wells Fargo Business Credit
4370 Solutions Center
Lockbox #774370
SIRVA Relocation
Chicago, IL 60677-4003
**Date Filed: 6/13/2019**
**Claim Face Value: $17,375.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $17,375.77 | | |
| | | | | $17,375.77 | | |

## Stone Pigman Walther Wittmann LLC
### Case(s): 687 Clm No: 235 Clm. Amt: $5,912.50

Attn: Andrew D. Mendez
909 Poydras Street, Suite 3150
New Orleans, LA 70112
**Date Filed: 6/13/2019**
**Claim Face Value: $5,912.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $5,912.50 | | |
| | | | | $5,912.50 | | |

## FPL Energy Services Inc
### Case(s): 687 Clm No: 236 Clm. Amt: $13,569.54

Attn: Janet Khoury
4200 W Flagler St
Miami, FL 33134
**Date Filed: 6/10/2019**
**Claim Face Value: $13,569.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 687 | UNS | | | $13,569.54 | | |
| | | | | $13,569.54 | | |

## Sunbelt Rentals, Inc
### Case(s): 687 Clm No: 237 Clm. Amt: $10,463.43

*Attn: Maureen Watson*
*1275 W Mound St*
*Columbus, OH 43223*
**Date Filed: 6/10/2019**
**Claim Face Value: $10,463.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $10,463.43 | | |
| | | | | $10,463.43 | | |

## Montana Rail Link, Inc.
### Case(s): 687 Clm No: 238 Clm. Amt: $9,300.00

*Attn: Mary Ann Buck-Heisserer*
*101 International Drive*
*P.O. Box 16390*
*Missoula, MT 59808-6390*
**Date Filed: 6/14/2019**
**Claim Face Value: $9,300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $9,300.00 | | |
| | | | | $9,300.00 | | |

## Montana Rail Link, Inc.
### Case(s): 687 Clm No: 239 Clm. Amt: $12,450.00

*Attn: Mary Ann Buck-Heisserer*
*101 International Drive*
*P.O. Box 16390*
*Missoula, MT 59808-6390*
**Date Filed: 6/14/2019**
**Claim Face Value: $12,450.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $12,450.00 | | |
| | | | | $12,450.00 | | |

## Norwest Engineering, Inc
### Case(s): 687 Clm No: 240 Clm. Amt: $6,953.00

*Attn: Danielle Springer*
*4110 NE 122nd Ave, Suite 207*
*Portland, OR 97230*
**Date Filed: 6/17/2019**
**Claim Face Value: $6,953.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $6,953.00 | | |
| | | | | $6,953.00 | | |

## Dean Harris
### Case(s): 687 Clm No: 241 Clm. Amt: $1,000.00

*Florida Self-Insurers Guaranty Association Inc*
*c/o Sorenson Van Leuven, PLLC*
*Attn: James E Sorenson*
*P.O. Box 3637*
*Tallahassee, FL 32315-3637*
**Date Filed: 6/18/2019**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,000.00 | | |
| | | | | $1,000.00 | | |

## Edward Speece
### Case(s): 687 Clm No: 242 Clm. Amt: $317,235.83

*Florida Self-Insurers Guaranty Association Inc*
*Attn: James E Sorenson*
*P.O. Box 3637*
*Tallahassee, FL 32315-3637*
**Date Filed: 6/18/2019**
**Claim Face Value: $317,235.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $317,235.83 | | |
| | | | | $317,235.83 | | |

**William Chukes**
**Case(s): 687 Clm No: 243 Clm. Amt: $100,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Florida Self-Insurers Guaranty Association Inc*<br>*c/o Sorenson Van Leuven, PLLC*<br>*Attn: James E Sorenson*<br>*P.O. Box 3637*<br>*Tallahassee, FL 32315-3637*<br>**Date Filed: 6/18/2019**<br>**Claim Face Value: $100,000.00** | 687 | UNS | | | $100,000.00<br>$100,000.00 | | |

**Eloy Luis**
**Case(s): 687 Clm No: 244 Clm. Amt: $5,495.47**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Florida Self-Insurers Guaranty Association Inc*<br>*c/o Sorenson Van Leuven, PLLC*<br>*Attn: James E Sorenson*<br>*P.O. Box 3637*<br>*Tallahassee, FL 32315-3637*<br>**Date Filed: 6/18/2019**<br>**Claim Face Value: $5,495.47** | 687 | UNS | | | $5,495.47<br>$5,495.47 | | |

**Bill Beck**
**Case(s): 687 Clm No: 245 Clm. Amt: $174,740.80**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Florida Self-Insurers Guaranty Association Inc*<br>*c/o Sorenson Van Leuven, PLLC*<br>*Attn: James E Sorenson*<br>*P.O. Box 3637*<br>*Tallahassee, FL 32315-3637*<br>**Date Filed: 6/18/2019**<br>**Claim Face Value: $174,740.80** | 687 | UNS | | | $174,740.80<br>$174,740.80 | | |

**Maersk Agency U.S.A. Inc.**
**Case(s): 687 Clm No: 246 Clm. Amt: $1,560.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Bryan D. Press*<br>*Metro Group Maritime*<br>*61 Broadway Suite 905*<br>*New York, NY 10006*<br>**Date Filed: 6/19/2019**<br>**Claim Face Value: $1,560.00** | 687 | UNS | | | $1,560.00<br>$1,560.00 | | |

**Magid Glove & Safety Co**
**Case(s): 687 Clm No: 247 Clm. Amt: $1,748.64**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Nancy Hopf*<br>*1300 Naperville Dr.*<br>*Romeoville, IL 60446-1043*<br>**Date Filed: 6/19/2019**<br>**Claim Face Value: $1,748.64** | 687 | 503(b)(9) | | | $752.94 | | |
| | 687 | UNS | | | $995.70<br>$1,748.64 | | |

## Blue Chip Consulting Group
**Case(s): 687 Clm No: 248 Clm. Amt: $28,955.00**

*Attn: Justine A Lemanowicz*
*6000 Lombardo Center, Suite 650*
*Seven Hills, OH 44131*
**Date Filed: 6/20/2019**
**Claim Face Value: $28,955.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $28,955.00 | | |
| | | | | $28,955.00 | | |

## Franklin Insulation Group, LLC
**Case(s): 687 Clm No: 249 Clm. Amt: $22,821.34**

*c/o Hall Booth Smith, P.C.*
*Attn: Nicholas J. Garcia*
*P.O. Box 2707*
*Columbus, GA 31902*
**Date Filed: 6/20/2019**
**Claim Face Value: $22,821.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $700.00 | | |
| 687 | UNS | | | $22,121.34 | | |
| | | | | $22,821.34 | | |

## Suburban Propane LP
**Case(s): 687 Clm No: 250 Clm. Amt: $1,109.56**

*Attn: Credit & Collections/ Paul B. Tango*
*240 Route 10 West*
*Whippany, NJ 07981*
**Date Filed: 6/21/2019**
**Claim Face Value: $1,109.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $1,109.56 | | |
| | | | | $1,109.56 | | |

## Setpoint Integrated Solutions, Inc.
**Case(s): 687 Clm No: 251 Clm. Amt: $26,944.44**

*Attn: Philip Kirk Arceneaux*
*19011 Highland Road*
*Baton Rouge, LA 70809*
**Date Filed: 6/21/2019**
**Amended By Clm #: 252**
**Claim Face Value: $26,944.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $25,372.93 | | |
| 687 | PRI | | | $1,138.55 | | |
| 687 | UNS | | | $432.96 | | |
| | | | | $26,944.44 | | |

## Setpoint Integrated Solutions, Inc.
**Case(s): 687 Clm No: 252 Clm. Amt: $26,944.44**

*Attn: Philip Kirk Arceneaux*
*19011 Highland Road*
*Baton Rouge, LA 70809*
**Date Filed: 6/21/2019**
**Orig. Date Filed: 6/21/2019**
**Amending Clm #: 251**
**Claim Face Value: $26,944.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $25,372.93 | | |
| 687 | PRI | | | $1,138.55 | | |
| 687 | UNS | | | $432.96 | | |
| | | | | $26,944.44 | | |

### Franklin Capital Holdings, LLC
### Case(s): 687 Clm No: 253 Clm. Amt: $8,072.16

*Attn: Thomas H. Bbney*
*600 Central Avenue, Suite 396*
*Highland Park, IL 60035*
**Date Filed: 6/21/2019**
**Claim Face Value: $8,072.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $8,072.16 | | |
| | | | | $8,072.16 | | |

### Ferrellgas Inc
### Case(s): 687 Clm No: 254 Clm. Amt: $767.45

*Attn: DeAnna Massey*
*One Liberty Plaza MD 40*
*Liberty, MO 64068*
**Date Filed: 6/21/2019**
**Claim Face Value: $767.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $767.45 | | |
| | | | | $767.45 | | |

### Ramboll Environment & Health GmbH
### Case(s): 687 Clm No: 255 Clm. Amt: $202,951.12

*Attn: Ralf-Michael Swietlik*
*Friedrich-Ebert-Str. 55*
*D-45127 Essen*
*Germany*
**Date Filed: 6/24/2019**
**Claim Face Value: $202,951.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $202,951.12 | | |
| | | | | $202,951.12 | | |

### Fair Harbor Capital LLC as assign of Saltex LLC
### Case(s): 687 Clm No: 256 Clm. Amt: $6,720.00

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 6/24/2019**
**Claim Face Value: $6,720.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $6,720.00 | | |
| | | | | $6,720.00 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Saltex LLC*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

### Fair Harbor Capital LLC as assign of Bluewing Royal LLC
### Case(s): 687 Clm No: 257 Clm. Amt: $21,430.00

Attn: Victor Knox
P.O. Box 237037
New York, NY 10023
**Date Filed: 6/24/2019**
**Claim Face Value: $21,430.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $21,430.00 | | |
| | | | | $21,430.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>Re: Bluewing Royal LLC<br>P.O. Box 237037<br>New York, NY 10023 | 100.00% | | Final |

### Deca Systems, Inc.
### Case(s): 687 Clm No: 258 Clm. Amt: $1,174.48

Attn: Theresa Cockerham
11411-B Darryl Drive
Baton Rouge, LA 70815
**Date Filed: 6/25/2019**
**Claim Face Value: $1,174.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,174.48 | | |
| | | | | $1,174.48 | | |

### Joevanny Agostini
### Case(s): 687 Clm No: 259 Clm. Amt: $3,540.00

San Miguel Towers Apartments
Apt. 308
Mayaguez, PR 00680
**Date Filed: 6/25/2019**
**Claim Face Value: $3,540.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $3,540.00 | | |
| | | | | $3,540.00 | | |

### M4 Knick LLC
### Case(s): 687 Clm No: 260 Clm. Amt: $186.70

Attn: Carissa A Stephens
50 W Technecenter Drive
Suite B-1
Milford, OH 45150
**Date Filed: 6/25/2019**
**Claim Face Value: $186.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $186.70 | | |
| | | | | $186.70 | | |

### SafeRack, LLC
### Case(s): 687 Clm No: 261 Clm. Amt: $70,472.30

Attn: David Raines
219 Safety Avenue
Andrews, SC 29510
**Date Filed: 6/26/2019**
**Claim Face Value: $70,472.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $70,472.30 | | |
| | | | | $70,472.30 | | |

### Fair Harbor Capital LLC as assign of Wooden Pallets LTD
**Case(s): 687 Clm No: 262 Clm. Amt: $133,449.12**

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 6/28/2019**
**Claim Face Value: $133,449.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $133,449.12 | | |
| | | | | $133,449.12 | | |

### Fair Harbor Capital LLC as assign of CCM ELECTRIC
**Case(s): 687 Clm No: 263 Clm. Amt: $26,458.00**

*Attn: Victor Knox*
*P.O. Box 237037*
*New York, NY 10023*
**Date Filed: 6/28/2019**
**Claim Face Value: $26,458.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $26,458.00 | | |
| | | | | $26,458.00 | | |

### Husch Blackwell LLP
**Case(s): 687 Clm No: 264 Clm. Amt: $19,052.18**

*Attn: Daniel McGarry*
*33 E Main St, Ste 300*
*Madison, WI 53701*
**Date Filed: 7/1/2019**
**Claim Face Value: $19,052.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $19,052.18 | | |
| | | | | $19,052.18 | | |

### Metropolitan Water Reclamation District of Greater Chicago
**Case(s): 687 Clm No: 265 Clm. Amt: $1,059.94**

*Attn: Susan T. Morakalis, General Counsel*
*100 E Erie St, 3rd Fl*
*Chicago, IL 60611*
**Date Filed: 7/8/2019**
**Claim Face Value: $1,059.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,059.94 | | |
| | | | | $1,059.94 | | |

### Business Wire, Inc.
**Case(s): 687 Clm No: 266 Clm. Amt: $7,741.75**

*Attn: Angela Arafat*
*101 California St, 20th Fl*
*San Francisco, CA 94111*
**Date Filed: 7/11/2019**
**Claim Face Value: $7,741.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $7,741.75 | | |
| | | | | $7,741.75 | | |

### Equipment Depot, Ltd.
**Case(s): 687 Clm No: 267 Clm. Amt: $19,091.94**

*c/o Scheef & Stone, LLP*
*Attn: Richard J. Wallace, III. / Brenda Neuwirt*
*500 North Akard, Ste 2700*
*Dallas, TX 75201*
**Date Filed: 7/16/2019**
**Claim Face Value: $19,091.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $7,226.93 | | |
| 687 | UNS | | | $11,865.01 | | |
| | | | | $19,091.94 | | |

## Illiana Transit Warehouse Corp
### Case(s): 687 Clm No: 268 Clm. Amt: $3,565.48

Attn: Mandy Trent
700 State Street
Calumet City, IL 60409
**Date Filed: 7/16/2019**
**Claim Face Value: $3,565.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $3,565.48 | | |
| | | | | $3,565.48 | | |

## FedEx Custom Critical
### Case(s): 687 Clm No: 269 Clm. Amt: $22,424.39

RMS an Iqor Company
P.O. Box 19253
Minneapolis, MN 55419
**Date Filed: 7/16/2019**
**Claim Face Value: $22,424.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $22,424.39 | | |
| | | | | $22,424.39 | | |

## Rosemount Inc
### Case(s): 687 Clm No: 270 Clm. Amt: $78,084.44

Attn: Paul Nygard
8000 Norman Center Dr, Ste 1200
Bloomington, MN 55437
**Date Filed: 7/17/2019**
**Claim Face Value: $78,084.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $55,664.07 | | |
| 687 | UNS | | | $22,420.37 | | |
| | | | | $78,084.44 | | |

## Micro Motion Inc
### Case(s): 687 Clm No: 271 Clm. Amt: $45,992.91

Attn: Paul Nygard
8000 Norman Center Dr. Ste 1200
Bloomington, MN 55437
**Date Filed: 7/17/2019**
**Claim Face Value: $45,992.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $11,429.44 | | |
| 687 | UNS | | | $34,563.47 | | |
| | | | | $45,992.91 | | |

## Upward Brand Interactions
### Case(s): 687 Clm No: 272 Clm. Amt: $1,325.00

Attn: Eliza Wise
PO Box 1441
Springfield, OH 45501
**Date Filed: 7/19/2019**
**Claim Face Value: $1,325.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,325.00 | | |
| | | | | $1,325.00 | | |

### Upward Brand Interactions
### Case(s): 687 Clm No: 273 Clm. Amt: $1,538.00

*Attn: Eliza Wise*
*PO Box 1441*
*Springfield, OH 45501*
**Date Filed: 7/19/2019**
**Claim Face Value: $1,538.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,538.00 | | |
| | | | | $1,538.00 | | |

### Upward Brand Interactions
### Case(s): 687 Clm No: 274 Clm. Amt: $1,275.00

*Attn: Eliza Wise*
*P.O. Box 1441*
*Springfield, OH 45501*
**Date Filed: 7/19/2019**
**Claim Face Value: $1,275.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,275.00 | | |
| | | | | $1,275.00 | | |

### Upward Brand Interactions, LLC
### Case(s): 687 Clm No: 275 Clm. Amt: $170.00

*Attn: Eliza Wise*
*P.O. Box 1441*
*Springfield, OH 45501*
**Date Filed: 7/19/2019**
**Claim Face Value: $170.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $170.00 | | |
| | | | | $170.00 | | |

### Procter & Gamble Distributing LLC
### Case(s): 687 Clm No: 276 Clm. Amt: $465,771.73

*Attn: Jackie Mulligan TN5*
*2 Procter & Gamble Plaza*
*Cincinnati, OH 45202*
**Date Filed: 7/22/2019**
**Claim Face Value: $465,771.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | 503(b)(9) | | | $339,837.13 | | |
| 687 | UNS | | | $125,934.60 | | |
| | | | | $465,771.73 | | |

### XPO Logistics
### Case(s): 687 Clm No: 278 Clm. Amt: $147,491.60

*RMS an Iqor Company*
*P.O. Box 19253*
*Minneapolis, MN 55419*
**Date Filed: 7/24/2019**
**Claim Face Value: $147,491.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $147,491.60 | | |
| | | | | $147,491.60 | | |

## Wisconsin Department of Revenue
### Case(s): 687 Clm No: 279 Clm. Amt: $232,601.00

*Attn: Special Procedures Unit*
*P.O. Box 8901*
*Madison, WI 53708-8901*
**Date Filed: 7/22/2019**
**Claim Face Value: $232,601.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $191,938.98 | | |
| 687 | UNS | | | $40,662.02 | | |
| | | | | $232,601.00 | | |

## Corporation Service Company
### Case(s): 687 Clm No: 280 Clm. Amt: $766.48

*Attn: Joanne Smith*
*251 Little Falls Drive*
*Wilmington, DE 19808*
**Date Filed: 7/25/2019**
**Claim Face Value: $766.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $766.48 | | |
| | | | | $766.48 | | |

## Consolidated Coal Company
### Case(s): 687 Clm No: 281 Clm. Amt:

*c/o Bernstein-Burkley, P.C.*
*Attn: Lara Shipkovitz Martin*
*707 Grant St, Ste 2200*
*Pittsburgh, PA 15219*
**Date Filed: 7/25/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

## Dell Marketing, L.P.
### Case(s): 687 Clm No: 282 Clm. Amt: $170,980.47

*Attn: Chantell Ewing*
*One Dell Way, RR1, MS 52*
*Round Rock, TX 78682*
**Date Filed: 7/29/2019**
**Claim Face Value: $170,980.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | PRI | | | $130,752.37 | | |
| 687 | UNS | | | $40,228.10 | | |
| | | | | $170,980.47 | | |

## West Corp dba West LLC
### Case(s): 687 Clm No: 283 Clm. Amt: $8,953.81

*Attn: Jeff Woltman*
*11808 Miracle Hills Dr*
*Omaha, NE 68154*
**Date Filed: 7/26/2019**
**Claim Face Value: $8,953.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $8,953.81 | | |
| | | | | $8,953.81 | | |

## Avista Utilities
**Case(s): 687 Clm No: 284 Clm. Amt: $8,219.37**

*Attn: Heather Ann Thompson*
*P.O. Box 3727, MSC 34*
*Spokane, WA 99220*
**Date Filed: 8/1/2019**
**Claim Face Value: $8,219.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $8,219.37 | | |
| | | | | $8,219.37 | | |

## PMC Biogenix, Inc.
**Case(s): 687 Clm No: 285 Clm. Amt: $122,243.04**

*Attn: James Imbriaco*
*1288 Rt 73, Ste 401*
*Mt. Laurel, NJ 08054*
**Date Filed: 8/1/2019**
**Claim Face Value: $122,243.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $122,243.04 | | $0.00 |
| | | | | $122,243.04 | | $0.00 |

## PMC Organometallix, Inc.
**Case(s): 687 Clm No: 286 Clm. Amt: $522.32**

*Attn: James Imbriaco*
*1288 Rt 73, Ste 401*
*Mt. Laurel, NJ 08054*
**Date Filed: 8/1/2019**
**Claim Face Value: $522.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $522.32 | | $0.00 |
| | | | | $522.32 | | $0.00 |

## Blanchard Industrial, LLC
**Case(s): 687 Clm No: 287 Clm. Amt: $44,022.36**

*c/o Blanchard Industrial, LLC*
*Attn: Diane B. Plaisance / Bryan Pregeant*
*P.O. Box 820*
*Galliano, LA 70354*
**Date Filed: 8/5/2019**
**Claim Face Value: $44,022.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $44,022.36 | | |
| | | | | $44,022.36 | | |

## Accountemps
**Case(s): 687 Clm No: 288 Clm. Amt: $1,886.63**

*Robert Half / Recovery Dept*
*P.O. Box 5024*
*San Ramon, CA 94583*
**Date Filed: 8/3/2019**
**Claim Face Value: $1,886.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | UNS | | | $1,886.63 | | |
| | | | | $1,886.63 | | |

## Multnomah County - DART
**Case(s): 687 Clm No: 289 Clm. Amt: $18,796.89**

*Attn: Allison Wellman*
*P.O. Box 2716*
*Portland, OR 97208*
**Date Filed: 8/12/2019**
**Claim Face Value: $18,796.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 687 | SEC | | | $18,796.89 | | |
| | | | | $18,796.89 | | |

### Team Industrial Services, Inc
**Case(s): 687 Clm No: 290 Clm. Amt: $6,275.00**

*Attn: Douglas Weller*
*13131 Dairy Ashford Rd, Ste 600*
*Sugar Land, TX 77478*
**Date Filed: 8/13/2019**
**Claim Face Value: $6,275.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $6,275.00 | | |
| | | | | $6,275.00 | | |

### COFFIN BUTTE LF C/O VALLEY LANDFILLS - 4125
**Case(s): 687 Clm No: 291 Clm. Amt: $6,582.23**

*ATTN: JANIE MCDOUGLE*
*1214 SE MONTGOMERY ST*
*ALBANY, OR 97322*
**Date Filed: 8/14/2019**
**Claim Face Value: $6,582.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $6,582.23 | | |
| | | | | $6,582.23 | | |

### Michigan Department of Treasury
**Case(s): 687 Clm No: 292 Clm. Amt: $1,709.28**

*Attn: Bankruptcy Unit*
*P.O. Box 30168*
*Lansing, MI 48909*
**Date Filed: 8/26/2019**
**Claim Face Value: $1,709.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $1,440.43 | | |
| 687 | UNS | | | $268.85 | | |
| | | | | $1,709.28 | | |

### Cargill Incorporated
**Case(s): 687 Clm No: 293 Clm. Amt: $53,680.48**

*Attn: Edward Humphrey*
*15407 McGinty Rd W, MS177*
*Wayzata, MN 55391*
**Date Filed: 8/29/2019**
**Claim Face Value: $53,680.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | 503(b)(9) | | | $16,931.36 | | |
| 687 | UNS | | | $36,749.12 | | |
| | | | | $53,680.48 | | |

### State of New Jersey Division of Taxation Bankruptcy Section
**Case(s): 687 Clm No: 294 Clm. Amt: $24,000.00**

*c/o Division of Taxation Bankruptcy*
*Attn: M. Umar Butt*
*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 9/9/2019**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $24,000.00 | | |
| | | | | $24,000.00 | | |

## Clear Creek Independent School District
### Case(s): 687 Clm No: 295 Clm. Amt: $75,697.82

c/o Perdue, Brandon, Fielder & Mott LLP
Attn: Carl O. Sandin
1235 North Loop West, Ste. 600
Houston, TX 77008
**Date Filed: 9/9/2019**
**Claim Face Value: $75,697.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | SEC | | | $75,697.82 | | |
| | | | | $75,697.82 | | |

## Chambers County Tax Office
### Case(s): 687 Clm No: 296 Clm. Amt: $44,183.05

c/o Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Michael J. Darlow
1235 North Loop West, Ste. 600
Houston, TX 77008
**Date Filed: 9/9/2019**
**Claim Face Value: $44,183.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | SEC | | | $44,183.05 | | |
| | | | | $44,183.05 | | |

## La Porte Independent School District
### Case(s): 687 Clm No: 297 Clm. Amt: $15,332.07

c/o Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Owen M. Sonik
1235 North Loop West, Ste. 600
Houston, TX 77008
**Date Filed: 9/9/2019**
**Claim Face Value: $15,332.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | SEC | | | $15,332.07 | | |
| | | | | $15,332.07 | | |

## Galena Park Independent School District
### Case(s): 687 Clm No: 298 Clm. Amt: $15,843.21

c/o Perdue, Brandon, Fielder & Mott LLP
Attn: Owen M. Sonik
1235 North Loop West, Ste. 600
Houston, TX 77008
**Date Filed: 9/9/2019**
**Claim Face Value: $15,843.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | SEC | | | $15,843.21 | | |
| | | | | $15,843.21 | | |

## Houston Ship Channel Security District
### Case(s): 687 Clm No: 299 Clm. Amt: $7,810.00

c/o Perdue, Brandon, Fielder & Mott LLP
Attn: Carl O. Sandin
1235 North Loop West, Ste. 600
Houston, TX 77008
**Date Filed: 9/9/2019**
**Claim Face Value: $7,810.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | SEC | | | $7,810.00 | | |
| | | | | $7,810.00 | | |

## Sage ATC Environmental Consulting LLC
### Case(s): 687 Clm No: 300 Clm. Amt: $1,450.61

Attn: Heidi Piotrowicz
150 Zachary Rd
Manchester, NH 03109
**Date Filed: 9/11/2019**
**Claim Face Value: $1,450.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $1,450.61 | | |
| | | | | $1,450.61 | | |

### State of NJ Division of Taxation Bankruptcy Section
**Case(s): 687 Clm No: 301 Clm. Amt: $24,000.00**

*Attn: Mumar Butt*
*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 9/12/2019**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $24,000.00 | | |
| | | | | $24,000.00 | | |

### Garretson Resolution Group, Inc.
**Case(s): 687 Clm No: 302 Clm. Amt: $2,500.00**

*Attn: Legal Department*
*501 Kansas Avenue*
*Kansas City, KS 66105*
**Date Filed: 9/23/2019**
**Claim Face Value: $2,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | UNS | | | $2,500.00 | | |
| | | | | $2,500.00 | | |

### New Hampshire Department of Revenue Administration
**Case(s): Clm No: 303 Clm. Amt: $1.00**

*NH DRA - Legal Bureau*
*P.O. Box 457*
*Concord, NH 03302*
**Date Filed: 9/26/2019**
**Claim Face Value: $1.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 687 | PRI | | | $1.00 | | |
| | | | | $1.00 | | |